UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, Derivatively on Behalf of BROOKDALE SENIOR LIVING INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GUY P. SANSONE, MARCUS E. BOMLEY, FRANK M. BUMSTEAD, VICTORIA L. FREED, RITA JOHNSON-MILLS, DENISE W. WARREN, LEE S. WIELANSKY, LUCINDA M. BAIER, STEVEN E. SWAIN, JACKIE M. CLEGG, JAMES R. SEWARD and T. ANDREW SMITH,<br><br>Defendants,<br><br>– and –<br><br>BROOKDALE SENIOR LIVING INC., a Delaware corporation,<br><br>Nominal Defendant. | Civil Action No.<br><br>VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT FOR BREACH OF FIDUCIARY DUTY, WASTE OF CORPORATE ASSETS, UNJUST ENRICHMENT AND VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br><u>DEMAND FOR JURY TRIAL</u> |

## NATURE AND SUMMARY OF THE ACTION

1. This is stockholder derivative action on behalf of nominal defendant Brookdale Senior Living Inc. ("Brookdale" or the "Company") against its Board of Directors ("Board"), top executive officers and certain former directors for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violation of the federal securities laws. Individual Defendants are Guy P. Sansone, Marcus E. Bromley, Frank M. Bumstead, Victoria L. Freed, Rita Johnson-Mills, Denise W. Warren, Lee S. Wielansky, Lucinda M. Baier, Steven E. Swain, Jackie M. Clegg, James R. Seward, and T. Andrew Smith (together, "Individual Defendants").

2. Headquartered in Brentwood, Tennessee, Brookdale is one of the Nation's largest operators of senior living communities. Based on a resident's needs, the Company provides independent living, assisted living, memory care and skilled nursing services. Approximately 50% of Brookdale's communities (and approximately 50% of the Company's revenues) consist of assisted living and memory care facilities. As such, Brookdale takes care of some of the most vulnerable members of our society. Indeed, the Company claimed that "as you would expect, protecting the seniors that we serve is our most important priority." Brookdale, however, under the Individual Defendants' watch and control, utterly failed to protect these vulnerable individuals in the pursuit of short term profits.

3. Despite Brookdale's claims that "you or your loved one can feel at home" and that it provides a "personalized approach," during the relevant period the Company understaffed its facilities in an effort to reduce expenses and improve its financial results. In particular, Brookdale's proprietary software that it used to calculate staffing needs, the Service Alignment Software ("SAS"), systematically under calculated the resources needed at Brookdale's communities. Due to the understaffing, the Company received numerous citations and "deficiency

reports." Brookdale was also a defendant in a number of class actions that allege, among other things, that the Company engaged in deceptive and unfair trade practices due to its failure to provide the agreed-upon level of care for its seniors.

4. In addition to misleading seniors and their families, Brookdale's positive statements misled investors. These investors believed that the Company's financial results were based on legal practices achieved in accordance with Brookdale's stated priority of keeping seniors safe. This was not the case. Rather, the understaffing of the Company's facilities caused an inflated financial picture of Brookdale.

5. In response to the Company's positive financial results, the price of Brookdale common stock traded at artificially inflated prices, reaching as high as $18.20 per share. While Brookdale common stock traded at artificially inflated prices, Individual Defendants between September 2016 and March 2020 caused the Company to repurchase 10.1 million shares of its own common stock for $72 million at these inflated prices.

6. When the truth emerged, the trading price of Brookdale stock collapsed, falling to $3.68 per share on April 29, 2020, wiping out over $102.6 million in once valuable stockholder equity. Worse yet, the Company has been named as a primary defendant in costly and expensive-to-defend class action lawsuits brought by Brookdale stockholders for alleged violations of the federal securities laws. *See Posey v. Brookdale Senior Living Inc., et al.*, No. 3:20-cv-00543 (M.D. Tenn.) ("Securities Class Action"). Additionally, the Company suffered $44 million in damages, injuries and losses arising from the untoward stock repurchases Individual Defendants orchestrated while Brookdale was under their stewardship and control.

7. Individual Defendants, however, have not fared nearly as bad. To the contrary, they have received over $23 million in cash and incentive-based compensation not justified by Brookdale's actual financial performance while under their stewardship.

8. Nevertheless, the Board has not taken any legal action against the directors and officers responsible for this debacle. Nor will they, because each of the director defendants is interested in the outcome of any such legal action. Accordingly, by this action, plaintiff seeks to vindicate Brookdale's interests against its wayward fiduciaries. A pre-suit demand upon the Board is excused in this case because at least a majority of the members of the Board is disabled from fairly, independently, and/or objectively considering such a demand.

**JURISDICTION AND VENUE**

9. Jurisdiction is conferred by 28 U.S.C. §1332. Complete diversity among the parties exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. This Court has jurisdiction under 28 U.S.C. §1331 because the claims asserted herein arise under section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §78n(a)). This Court has exclusive subject matter jurisdiction over the federal securities law claims under section 27 of the Exchange Act (15 U.S.C. §78aa) and supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. §1367. This is not a collusive action to confer jurisdiction on this Court that it would otherwise lack.

11. This Court has jurisdiction over each Defendant because each Defendant is either a corporation that conducts business in and maintains operations in this District, or is an individual who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District courts permissible under traditional notions of fair play and substantial justice.

12. Venue is proper in this Court under 28 U.S.C. §1391(a) because: (i) Brookdale maintains its headquarters in this District; (ii) one or more of the defendants either resides in or maintains executive offices in this District; (iii) a substantial portion of the transactions and wrongs complained of herein, including defendants' primary participation in the wrongful acts detailed herein, occurred in this District; and (iv) defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

## PARTIES

**Plaintiff**

13. Plaintiff Cynthia McMahon is and continuously has been a stockholder of Brookdale since 2018. Plaintiff will adequately and fairly represent the interests of Brookdale in enforcing and prosecuting these derivative claims. Plaintiff is a citizen of Colorado.

**Nominal Defendant**

14. Nominal defendant Brookdale is a Delaware corporation with its executive offices located at 111 Westwood Place, Suite 400, Brentwood, Tennessee. The Company's shares trade on the New York Stock Exchange ("NYSE").

**Defendants**

15. Defendant Guy P. Sansone ("Sansone") is a director of Brookdale and has been since October 2019. In 2019, defendant Sansone received at least $120,387 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Sansone is a citizen of South Carolina.

16. Defendant Marcus E. Bromley ("Bromley") is a director of Brookdale and has been since July 2017. Defendant Bromley also serves on the Audit and Investment Committees of the

Board. In 2019, defendant Bromley received at least $256,995 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Bromley is a citizen of Georgia.

17. Defendant Frank M. Bumstead ("Bumstead") is a director of Brookdale and has been since August 2006. Defendant Bumstead also serves on the Compensation and Nominating and Corporate Governance Committees of the Board. In 2019, defendant Bumstead received at least $289,995 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Bumstead is a citizen of Tennessee.

18. Defendant Victoria L. Freed ("Freed") is a director of Brookdale and has been since October 2019. Defendant Freed also serves on the Compensation and Nominating and Corporate Governance Committees of the Board. In 2019, defendant Freed received at least $124,387 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Freed is a citizen of Florida.

19. Defendant Rita Johnson-Mills ("Johnson-Mills") is a director of Brookdale and has been since August 2018. Defendant Johnson-Mills also serves on the Nominating and Corporate Governance and Investment Committees of the Board. In 2019, defendant Johnson-Mills received at least $211,976 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Johnson-Mills is a citizen of Tennessee.

20. Defendant Denise W. Warren ("Warren") is a director of Brookdale and has been since October 2018. Defendant Warren also serves on the Audit and Compensation Committees of the Board. In 2019, defendant Warren received at least $196,882 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Warren is a citizen of North Carolina.

21. Defendant Lee S. Wielansky ("Wielansky") is a director of Brookdale and has been since April 2015. Defendant Wielansky also serves on the Audit and Investment Committees of the Board. In 2019, defendant Wielansky received at least $506,604 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Wielansky is a citizen of Missouri.

22. Defendant Lucinda M. Baier ("Baier") is Brookdale's President, Chief Executive Officer ("CEO") and a director and has been since February 2018. In 2019, defendant Baier received at least $6.3 million in salary, stock awards, and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Baier is a named defendant in the Securities Class Action. Defendant Baier is a citizen of Tennessee.

23. Defendant Steven E. Swain ("Swain") is Brookdale's Executive Vice President and Chief Financial Officer and has been since September 2018. In 2019, defendant Swain received at least $2.1 million in salary, stock awards, and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Swain is a named defendant in the Securities Class Action. Defendant Swain is a citizen of Tennessee.

24. Defendant Jackie M. Clegg ("Clegg") was a director of Brookdale from November 2005 to October 2019. Defendant Clegg also served on the Compensation and Nominating and Corporate Governance Committees of the Board. In 2018, Clegg received at least $322,994 in fees and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Clegg is a citizen of Washington, D.C.

25. Defendant James R. Seward ("Seward") was a director of Brookdale from November 2008 to October 2019. Defendant Seward also served on the Audit and Investment Committees of the Board. In 2018, Seward received at least $326,161 in fees and other

compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Seward is a citizen of Kansas.

26. Defendant T. Andrew Smith ("Smith") was Brookdale's CEO from February 2013 to February 2018, President from March 2016 to February 2018, and a director from June 2014 to February 2018. In 2018, defendant Smith received at least $2.7 million in salary, stock awards, and other compensation while failing to act in the best interests of Brookdale and its stockholders. Defendant Smith is a named defendant in the Securities Class Action. Defendant Smith is a citizen of Tennessee.

27. The defendants identified in ¶¶15-22 are referred to herein as the "Director Defendants." Collectively, the defendants identified in ¶¶15-26 are referred to herein as the "Individual Defendants."

## THE FIDUCIARY DUTIES OF BROOKDALE'S DIRECTORS AND OFFICERS

28. By reason of their positions as Brookdale's directors and/or officers and because of their ability to direct and control the Company's business and corporate affairs, the Individual Defendants owed Brookdale and its stockholders a fiduciary duty to use their utmost ability to control and manage Brookdale in an honest and lawful manner. Toward that end, Brookdale's directors and officers owed the Company and its stockholders fiduciary duties to exercise loyalty, good faith, and reasonable supervision over the Company's management, policies, practices and internal controls.

29. More specifically, Individual Defendants' fiduciary duties required them to, among other things: (i) ensure that Brookdale complied with its legal obligations and requirements, including legal compliance with the corporations and federal securities laws, as well as acting only within the scope of legal authority and disseminating truthful and accurate statements to Brookdale

stockholders; (ii) conduct the affairs of the Company in an efficient, businesslike manner so as to lawfully maximize the value of the Company's shares; (iii) ensure that Brookdale was operated in a diligent, honest, and prudent manner in compliance with all applicable laws, rules and regulations, including the corporations and securities laws; and (iv) refrain from breaching their fiduciary duties to Brookdale by adopting initiatives, policies, practices, procedures, and controls inconsistent with their fiduciary duties of care, loyalty and good faith.

## CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION

30. In committing the wrongful acts complained of herein, the Individual Defendants pursued or joined in the pursuit of a common course of conduct and acted in concert with one another in furtherance of a common plan or design. In addition to the wrongful conduct complained of herein giving rise to primary liability, Individual Defendants further aided and abetted and/or assisted each other in the breach of their fiduciary duties.

31. Each of the Individual Defendants aided and abetted and rendered substantial assistance in the wrongs complained of herein. In taking such action to substantially assist the commission of the wrongdoing complained of herein, each of the Individual Defendants acted with knowledge of the primary wrongdoing, substantially assisted the accomplishment of that wrongdoing, and was aware of his or her overall contribution to and furtherance of the wrongdoing.

## DEFENDANTS' UNLAWFUL SCHEME

### Defendants Provide Inadequate Staffing to Brookdale Facilities

32. Brookdale is one of the Nation's largest operators of senior living communities. Based on a resident's needs, the Company provides independent living, assisted living, memory care and skilled nursing services.

33. Brookdale operates in five business segments: (1) Independent Living; (2) Assisted Living and Memory Care; (3) Continuing Care Retirement Communities ("CCRC"); (4) Health Care Services; and (5) Management Services. Assisted Living and Memory Care are by far the Company's most important business segment. As of the Company's most recent Annual Report on Form 10-K filed with the U.S. Securities and Exchange Commission ("SEC") on February 25, 2021, Assisted Living and Memory Care accounted for 563 out of Brookdale's 726 communities, and over 55% of the Company's total number of units. Assisted Living and Memory Care also accounted for nearly 56% of the Company's resident fee and management fee revenue.

34. The Company described its Assisted Living and Memory Care Communities in the following manner:

> Our assisted living and memory care communities offer housing and 24-hour assistance with ADLs for mid-acuity and frail elderly residents. Residents typically enter an assisted living or memory care community due to a relatively immediate need for services that may have been triggered by a medical event.
>
> * * *
>
> We also provide memory care services at freestanding memory care communities that are specifically designed for residents with dementia, including Alzheimer's disease and other forms of cognitive impairment.
>
> * * *
>
> All residents at our assisted living and memory care communities are eligible to receive the basic care level, which includes ongoing health assessments, three meals per day and snacks, coordination of special diets planned by a registered dietitian, 24-hour staff assistance, assistance with medical care coordination, education and wellness programs, social and recreational activities providing socialization and engagement, housekeeping, and personal laundry services. In some locations, we offer our residents exercise programs and programs designed to address needs associated with early stages of Alzheimer's disease and other dementias. For an additional cost at these communities, we offer higher levels of personal care services to residents who are more physically frail or require more frequent or intensive physical assistance or increased personal care and supervision due to cognitive impairments.

As a result of their progressive cognitive decline, residents at our memory care units typically require higher levels of personal care and services than in assisted living and therefore pay higher monthly service fees. Specialized services include assistance with ADLs, behavior management, and an activities program, the goal of which is to provide a normalized environment that supports residents' decreased functional abilities.

35. Accordingly, the Company's Assisted Living and Memory Care communities provided assistance for some of the most vulnerable members in our society. However, multiple class actions and reports against Brookdale have revealed that the Company not only failed to live up to its lofty rhetoric, but violated the law while so failing.

36. Brookdale promises individuals and families peace of mind when seniors live in their facilities. The Company claims to conduct a "personalized service assessment" (or "PSA") to decide the level of care needed for a resident. For instance, Brookdale's website stated:

When you decide to make your home at Brookdale, one of the first things we'll do is work together to create a personalized service assessment.

This gives us a chance to get to know who you are and how we can help you make the most of this season of life. It also gives you a chance to let us know what you want help with and what you would rather do on your own.

As part of this assessment, you'll help us know what programs and routines will work best for you. Maybe that means you need some help with things like managing medication and getting dressed in the morning. Or it might mean we help out with the kinds of food you need to eat to stay happy and healthy. Or it may just mean you can enjoy peace of mind knowing we have staff onsite 24 hours a day, seven days a week, just in case you need us.

The best part of having a personalized plan is that you only pay for the care you need.

37. Emphasizing the alleged personalized nature of the care, the Company claims:

At Brookdale, you can expect us to be a trusted partner by listening and understanding your needs, discussing potential solutions and options, mutually determining the right thing to do and working with you to take action together. Then we customize a solution that puts the life you want within reach. It is our job to provide solutions for the unmet needs of those who seek senior living solutions. We do this with 741 retirement communities serving around 65,000 residents (as of February, 2020), and with a wide range of innovative programs and services. We

> also offer a range of home health, hospice and outpatient therapy services to around 20,000 patients as of that date. Brookdale associates' passion, courage and true sense of partnership make Brookdale what it is. More than a company, it is a calling.

38. None of the above was true. Since 2016, regulators have repeatedly cited the Company for failing to have adequate staff on hand. For instance, the California Department of Social Services' Community Care Licensing Division ("Community Care Licensing") cited Brookdale's Oceanside facility for only having two caregivers on duty during daytime hours in the assisted living part of its facility in June 2016. Six months later, on December 24, 2016, Community Care Licensing cited Brookdale's Palm Springs facility after twenty residents missed receiving their medications because there was no med tech on duty. In March 2017, the Community Care Licensing cited a Santa Cruz County Brookdale facility after an inspector found that the facility did not have enough staff to meet its needs. In 2018, Community Care Licensing issued a citation to Brookdale's Corona facility after a licensing inspector found "that there was only one staff present while the other staff was on their breaks and lunch" as there were only two staff present for three days on the night shift. Later in the year, Community Care Licensing issued a similar citation when there was not sufficient staff present to attend to the needs of the patients in the dining hall.

39. The inadequate staffing was not limited to just California. On September 8, 2016, the Oregon Department of Human Services issued a violation for Brookdale's Geary Street facility after finding that residents had to wait up to forty-four minutes after pressing their call light for assistance.

40. On May 24, 2017, the Colorado Department of Public Health & Environment issued a citation for Brookdale's Boulder Creek facility for having "failed to employ sufficient staff to ensure the provision of service necessary to meet the needs of two sample residents." It

was reported that the staff at the facility stated "[w]e need more staff. Some residents need more time and we don't have enough staff to attend to everyone."

41. On August 23, 2017, Florida's Agency for Healthcare Administration found that "staff d[id] not respond when the call light [wa]s activated" and "[a] record review of the facility's Resident Council Committee Meeting minutes for the past 6 months in addition to the facility's Grievance Log for the past 6 months[] shows that the residents are constantly bring [sic] up the topic of staffing and the call light system response time every month without any resolution." The deficiency report also found a "failure to maintaine [sic] a pest free environment[.]"

42. On December 11, 2017, the Colorado Department of Public Health & Environment issued a citation for Brookdale's Boulder Creek facility in Colorado for untimely responses to resident call times.

43. Since 2016, the Company has been sued in at least six class actions over the quality of care at its facilities in jurisdictions across the Country. The class actions share a common refrain—plaintiffs and their family members were lured to Brookdale by its promises to provide the care and assistance that would allow them to age with dignity, but instead the Company understaffed its living facilities and failed to provide the plaintiffs with even the most basic level of promised care. The lawsuits contain harrowing tales of residents waiting hours after pushing their emergency pendants for staff to arrive.

44. Brookdale understaffed its facilities in order to pad its bottom line. Salaries and related benefits are some of Brookdale's biggest expenses. By keeping staffing slim, the Individual Defendants could increase the Company's profit.

45. After years of flying under the radar, the national spotlight finally turned its attention to Brookdale on April 30, 2020. On that day, the national media began reporting about

the class action complaint filed by George Gunza, *Gunza, et al. v. Brookdale Senior Living, Inc.*, No. 3:20-cv-00353 (M.D. Tenn.) (the "*Gunza* Action"). The *Gunza* Action revealed to those outside the Company that Brookdale was using SAS to understaff its facilities and failing to provide the agreed upon level of service to its residents.

**Individual Defendants' False and Misleading Statements**

46. Not only did the Individual Defendants chronically understaff Brookdale, but also engaged in an unlawful scheme designed to artificially inflate the trading price of Brookdale common stock by, among other things, conveying a false portrait of the quality of care delivered by the Company to senior living residents at its numerous facilities located across the United States.

47. Towards this end, on August 8, 2016, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its second quarter 2016 ("2Q16") financial results, which stated:

> **Brookdale Announces Second Quarter 2016 Results**
>
> NASHVILLE, Tenn., Aug. 8, 2016 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") today reported financial and operating results for the second quarter of 2016.
>
> * * *
>
> "Our mission, to enrich the lives of those we serve, is perfectly aligned with the tremendous opportunity to meet the demographic surge of seniors in America. We have the size, scale and depth of product offerings that no one else can match, and we have a three year plan to build upon these advantages to grow shareholder value. Our plan is based on continuously improving our execution. So, I'm pleased that we showed executional improvement with strong move-in momentum as the second quarter progressed, continued solid cost control and cost synergy attainment, and the beginnings of a recovery in our ancillary business. We also entered into a number of agreements recently for transactions that will simplify our business as well as have positive economic impact on our leverage and balance sheet."
>
> **Financial Results**

Total revenue for the second quarter of 2016 was $1.3 billion compared to $1.2 billion for the prior year period. During the fifteen months ended June 30, 2016, the Company disposed of a total of 30 communities, either through sales or lease terminations. These communities generated $4.9 million of revenue in the second quarter of 2016 compared to $18.6 million of revenue in the prior year period.

Resident fees of $1.1 billion for the second quarter of 2016 were a 1.0% increase over the second quarter of 2015. Average monthly revenue per occupied unit for the consolidated senior housing portfolio was $4,476 in the second quarter of 2016, an increase of 3.3% compared with the second quarter of 2015. Weighted average occupancy for all consolidated communities during the second quarter of 2016 was 85.8%, compared to 86.5% during the second quarter of 2015.

Facility operating expenses for the second quarter of 2016 were $693.1 million, a decline of $1.9 million, or 0.3%, from the second quarter of 2015. The decrease was primarily due to the impact of the community dispositions and a decrease in general and professional liability insurance expense of approximately $10.8 million. Brookdale's consolidated operating margin was 34.3% for the second quarter of 2016 versus 33.4% for the second quarter of 2015.

Net loss attributable to Brookdale common stockholders for the second quarter of 2016 was $35.5 million, or $0.19 per share, versus net loss attributable to Brookdale common stockholders of $84.5 million, or $0.46 per share, for the second quarter of 2015. Weighted average shares outstanding were 185.8 million for the quarter ended June 30, 2016. Net loss for the second quarter of 2016 was $35.5 million, versus net loss of $84.8 million for the second quarter of 2015.

* * *

<u>Senior Housing</u>

Revenue for the consolidated senior housing portfolio was $931.2 million for the second quarter of 2016, an increase of 0.4% from the second quarter of 2015. During the fifteen months ended June 30, 2016, the Company disposed of a total of 30 communities, either through sales or lease terminations. These communities generated $4.9 million of revenue in the second quarter of 2016 compared to $18.6 million of revenue in the prior year period. Same community revenue for the consolidated senior housing portfolio for the three months ended June 30, 2016 increased 1.6% over the corresponding period in 2015. Same community weighted average revenue per occupied unit for senior housing increased 3.0% in the second quarter of 2016 from the second quarter of 2015.

Facility operating expenses were $588.8 million for the second quarter of 2016, a decrease of 1.3% from the second quarter of 2015. Facility operating expense decreased primarily due to the impact of community dispositions and a decrease in insurance expense. Consolidated same community operating expenses for the second quarter of 2016 increased by 0.1% over the second quarter of 2015.

Operating income for the senior housing portfolio increased by 3.4% from the second quarter of 2015, to $342.4 million for the second quarter of 2016. Same community operating income for the senior housing portfolio for the second quarter of 2016 increased by 4.1% from the second quarter of 2015.

* * *

**<u>2016 Outlook</u>**

Based on results year-to-date, the Company is reaffirming its 2016 full year Adjusted CFFO guidance range, expressed on an aggregate basis, and is providing a recasted range for Adjusted EBITDA using its new definition. The Company expects Adjusted CFFO in a range of $455 million to $475 million. Full year Adjusted EBITDA, as newly redefined, is expected to be in a range of $870 million to $890 million, excluding integration, transaction, transaction-related and strategic project costs. Additionally, based on expected closings of certain transactions not originally included in revenue guidance, the Company expects full year senior housing and ancillary services revenue to be reduced by $25 million to $30 million, though the guidance range for such revenue remains at $4.2 billion to $4.3 billion. This does not have any impact on Adjusted EBITDA or Adjusted CFFO guidance ranges. The Company continues to expect its full year capital expenditures (excluding recurring capital expenditures that are included in CFFO) to be in a range of $210 million to $220 million. The foregoing guidance excludes the potential impact of any acquisition or disposition activity other than the planned disposition of 60 communities classified as held for sale as of June 30, 2016.

48. On August 9, 2016, the Individual Defendants caused Brookdale to file with the SEC its 2Q16 Quarterly Report on Form 10-Q for the period ended June 30, 2016, which stated:

As of June 30, 2016, we are the largest operator of senior living communities in the United States based on total capacity, with 1,114 communities in 47 states and the ability to serve approximately 107,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. As of June 30, 2016, we operated in five business segments: Retirement Centers, Assisted Living, Continuing Care Retirement Centers ("CCRCs") – Rental, Brookdale Ancillary Services and Management Services.

We believe that we are positioned to take advantage of favorable demographic trends and future supply-demand dynamics in the senior living industry. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities offer residents a supportive "home-like" setting, assistance with activities of daily living (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including therapy and home health

services, to our residents. Our strategy is to be the leading provider of senior living solutions, built on a large and growing senior housing platform. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

We believe that there are organic growth opportunities inherent in our existing portfolio. We intend to take advantage of those opportunities by growing revenues, while maintaining expense control, at our existing communities, continuing the expansion and maturation of our ancillary services programs, expanding, renovating, redeveloping and repositioning our existing communities, and acquiring additional operating companies and communities.

* * *

Since the closing of our acquisition of Emeritus, we have executed on our plans to integrate legacy Emeritus locations into our systems and infrastructure platform as rapidly as prudently possible. In 2015, we completed the final cutover waves of integration activities and have a common system and infrastructure platform in place. We continue to reinforce and refine our operating model and certain processes during 2016.

* * *

We have invested significant capital expenditures into our portfolio to renovate and upgrade communities, which we expect will drive greater occupancy and higher rates in those communities over time. For the year ended December 31, 2015, we spent approximately $361.9 million for capital expenditures, net of lessor reimbursements. We will continue our capital expenditure programs, including our Program Max initiative, but in the near-term at reduced investment levels compared to prior years.

* * *

During the six months ended June 30, 2016, total revenues increased to $2.5 billion, an increase of $35.9 million, or 1.4%, over our total revenues for the six months ended June 30, 2015. Resident fees for the six months ended June 30, 2016 increased $19.5 million, or 0.9%, from the six months ended June 30, 2015. Management fees increased $5.0 million, or 16.8%, from the six months ended June 30, 2015, and reimbursed costs on behalf of managed communities increased $11.4 million, or 3.2%. The increase in resident fees during the six months ended June 30, 2016 was primarily a result of a 3.8% increase in senior housing average monthly revenue per unit compared to the prior year period. The increase in resident fees was partially offset by the impact of disposition activity since the beginning of the prior year period and a 150 basis point decrease in weighted average occupancy

in the 930 communities we owned or leased during both full periods. The increase in management fees during the six months ended June 30, 2016 was primarily a result of a $2.5 million increase in incentive fees earned under the terms of our management agreements.

During the six months ended June 30, 2016, facility operating expenses were $1.4 billion, an increase of $17.1 million, or 1.2%, as compared to the six months ended June 30, 2015. The increase in facility operating expenses was primarily due to an increase in salaries and wages arising from wage rate increases.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the six months ended June 30, 2016 was ($84.2) million, or ($0.45) per basic and diluted common share, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of ($215.0) million, or ($1.17) per basic and diluted common share, for the six months ended June 30, 2015. Net income (loss) for the second quarter of 2016 was ($35.5) million, versus net income (loss) of ($84.8) million for the second quarter of 2015. During the six months ended June 30, 2016, our Adjusted EBITDA increased by 2.0% when compared to the six months ended June 30, 2015. Adjusted EBITDA includes integration, transaction, transaction-related and strategic project costs of $37.1 million for the six months ended June 30, 2016 and $56.3 million for the six months ended June 30, 2015.

49. On November 1, 2016, Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its third quarter 2016 ("3Q16") financial results, which stated:

**Brookdale Announces Third Quarter 2016 Results**

* * *

NASHVILLE, Tenn., Nov. 1, 2016 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") today reported financial and operating results for the third quarter of 2016.

* * *

"We are pleased with the improvement in our cash flows during the third quarter. We also made significant progress since the end of the prior quarter in our efforts to optimize our portfolio in order to simplify and streamline our business, to increase the quality and durability of our cash flow, to reduce our debt and lease leverage and to improve our liquidity. We continue to grow the cash flow of the Company – bolstered by a planned reduction in capital expenditures, reduction of overhead and same community operating income growth of 1.8%.

"We continue to make progress with our portfolio optimization efforts and expect to continue to be aggressive at looking for opportunities to dispose of assets or work with our REIT partners to exit or restructure unfavorable leases. Given the increased liquidity provided by our dispositions, we have paid down significant debt, and the Board has authorized a $100 million share repurchase program.

"We grew average occupancy by 40 basis points sequentially. However, during the quarter we saw an unprecedented number of new competitive openings in our mid-sized markets that caused us to fall short of our revenue expectations. We are focused on regaining market share and improved profitability through providing consistent quality service, positioning our products properly and improving sales execution."

**Financial Results**

Total revenue for the third quarter of 2016 was $1.25 billion compared to $1.24 billion for the prior-year period. During the fifteen months ended September 30, 2016, the Company disposed of a total of 57 communities, either through sales or lease terminations. The revenue impact from disposing these communities was $16.4 million in the third quarter of 2016.

Resident fees were $1.0 billion for the third quarter of 2016, an increase of 0.3% over the third quarter of 2015. Average monthly revenue per occupied unit for the consolidated senior housing portfolio was $4,465 in the third quarter of 2016, an increase of 3.8% compared with the third quarter of 2015. Weighted average occupancy for all consolidated communities during the third quarter of 2016 was 86.2%, compared to 86.7% during the third quarter of 2015.

Facility operating expenses for the third quarter of 2016 were $704.2 million, an increase of 0.6% from the third quarter of 2015. Consolidated operating margin was 33.5% for the third quarter of 2016 versus 33.7% for the third quarter of 2015. The expense impact from disposing of the 57 communities was $13.8 million in the third quarter of 2016.

Net loss for the third quarter of 2016 was $51.7 million, versus net loss of $68.3 million for the third quarter of 2015.

Net cash provided by operating activities for the third quarter of 2016 was $99.4 million, an increase of $8.1 million, or 8.8%, compared with the third quarter of 2015.

Weighted average shares outstanding were 185.9 million for the third quarter of 2016 compared to weighted average shares outstanding of 184.6 million for the prior year quarter.

*　　*　　*

<u>Senior Housing</u>

> Revenue for the consolidated senior housing portfolio was $925.6 million for the third quarter of 2016, an increase of 0.3% from the third quarter of 2015. During the fifteen months ended September 30, 2016, the Company disposed of a total of 57 communities, either through sales or lease terminations. The revenue impact from disposing of these communities was $16.4 million in the third quarter of 2016.
>
> Same community revenue for the consolidated senior housing portfolio for the three months ended September 30, 2016 increased 2.0% over the corresponding period in 2015. Same community average monthly revenue per occupied unit for senior housing increased 3.2% in the third quarter of 2016 from the third quarter of 2015.
>
> Facility operating expenses were $601.6 million for the third quarter of 2016, an increase of 0.4% from the third quarter of 2015. Consolidated same community operating expenses for the third quarter of 2016 increased by 2.1% over the third quarter of 2015. Operating expenses increased over the prior year period primarily due to increases in salaries and wages from wage rate increases – partially offset by the impact of disposition and lease termination activity since the beginning of the prior year period – and a decrease in insurance expense. Insurance expenses decreased by $13.9 million on a year over year basis due to changes in estimates related to general liability and professional liability and workers compensation expense, most of which related to the same community portfolio.
>
> Operating income for the senior housing portfolio increased by 0.3% from the third quarter of 2015, to $324.0 million for the third quarter of 2016. Same community operating income for the senior housing portfolio for the third quarter of 2016 increased by 1.8% from the third quarter of 2015, to $314.4 million.

50. On November 3, 2016, the Individual Defendants caused Brookdale to file with the SEC its 3Q16 Quarterly Report on Form 10-Q for the period ended September 30, 2016, which stated:

> As of September 30, 2016, we are the largest operator of senior living communities in the United States based on total capacity, with 1,077 communities in 47 states and the ability to serve approximately 105,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. As of September 30, 2016, we operated in five business segments: Retirement Centers, Assisted Living, Continuing Care Retirement Centers ("CCRCs") - Rental, Brookdale Ancillary Services and Management Services.
>
> We intend to be the leading provider of senior living solutions, and we believe that we are positioned to take advantage of favorable demographic trends and future supply-demand dynamics in the senior living industry. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities

offer residents a supportive home-like setting, assistance with activities of daily living (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including therapy and home health services, to our residents. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

***Strategy***

During 2014, we acquired Emeritus Corporation ("Emeritus"), a senior living service provider focused on operating residential style communities throughout the United States. At the closing of the merger, the size of our consolidated portfolio increased by 493 communities, significantly increasing our scale and providing us entry into 10 new states. Following the acquisition, we have executed on our plans to integrate legacy Emeritus locations into our systems and infrastructure platform as rapidly as prudently possible. In 2015, we completed the final cutover waves of integration activities, and we now have a common system and infrastructure platform in place.

With integration activities largely completed, during 2016 we undertook a comprehensive review of our organizational effectiveness to develop a refined three-year strategy designed to further our mission to enrich the lives of those we serve with compassion, respect, excellence, and integrity, to maximize the value of our existing platform, and to build the foundation for further growth. During the three months ended September 30, 2016, we completed this review and adopted a refined strategy: to achieve consistent operational excellence in our core businesses.

We have identified five key priorities for which we have developed initiatives or plan to develop initiatives to support our strategy and have created a transformation process to develop cross-functional initiatives directly tied to key priorities. These five priorities include:

- *Enhance our customer and associate experience*. With this priority, we intend to simplify the role of the executive directors of our communities to allow them to focus on our customers and associates, to improve our model for recruiting and retaining community associates, to implement new talent development and training programs, and to implement a system to gauge and improve the quality of our relationships with our customers and associates.

- *Improve our marketing and sales processes*. We intend to design and implement a network sales model, to implement a new lead management

system, and to segment our communities to align operating standards with optimal market positions.

- *Simplify our organization*. We are actively identifying and executing on initiatives to simplify our organization in order to align our structure around our customers' priorities while improving our operational effectiveness and efficiency.

- *Optimize our portfolio and leverage scale*. Our initiatives will focus on maximizing the value and performance of our ancillary services, optimizing our community portfolio through selective dispositions, capturing synergies from our scale, and making strategic and cost effective capital expenditure investments.

- *Innovate for growth.* We intend to evaluate, test and implement innovations that enhance customer and associate experience and to explore models to drive new economics.

We believe that successful execution upon our strategy and the initiatives supporting our strategy will enable us to grow stockholder value and better fulfill our mission by reaching and satisfying more customers, building improved relationships between us, our associates and our customers, and by improving the quality and durability of our cash flow, improving liquidity and reducing our debt and lease leverage.

* * *

During the nine months ended September 30, 2016, total revenues increased to $3.8 billion, an increase of $43.2 million, or 1.2%, over our total revenues for the nine months ended September 30, 2015. Resident fees for the nine months ended September 30, 2016 increased $22.3 million, or 0.7%, from the nine months ended September 30, 2015. Management fees increased $5.9 million, or 13.1%, from the nine months ended September 30, 2015, and reimbursed costs on behalf of managed communities increased $15.1 million, or 2.8%. The increase in resident fees during the nine months ended September 30, 2016 was primarily a result of a 3.8% increase in senior housing average monthly revenue per unit compared to the prior year period. The increase in resident fees was partially offset by the impact of disposition activity since the beginning of the prior year period and a 140 basis point decrease in weighted average occupancy in the 893 communities we owned or leased during both full periods. The increase in management fees during the nine months ended September 30, 2016 was primarily a result of a $2.6 million increase in incentive fees earned under the terms of our management agreements.

During the nine months ended September 30, 2016, facility operating expenses were $2.1 billion, an increase of $21.6 million, or 1.0%, as compared to the nine months ended September 30, 2015. The increase in facility operating expenses was primarily due to an increase in salaries and wages arising from wage rate increases.

The increase was partially offset by the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period and a $27.6 million decrease in insurance expense from changes in estimates due to general liability and professional liability and workers compensation claims experience.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the nine months ended September 30, 2016 was ($135.9) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of ($283.2) million for the nine months ended September 30, 2015. Net income (loss) for the third quarter of 2016 was ($51.7) million, versus net income (loss) of ($68.3) million for the third quarter of 2015. During the nine months ended September 30, 2016, our Adjusted EBITDA increased by 6.6% when compared to the nine months ended September 30, 2015. Adjusted EBITDA includes integration, transaction, transaction-related and strategic project costs of $44.2 million for the nine months ended September 30, 2016 and $92.1 million for the nine months ended September 30, 2015.

During the nine months ended September 30, 2016, net cash provided by operating activities increased to $277.3 million, an increase of $75.1 million, or 37.1%, over our net cash provided by operating activities for the nine months ended September 30, 2015. The increase in net cash provided by operating activities was attributable primarily to the payment of $81.4 million of cash during the prior year period to terminate 15 community leases upon the acquisition of the underlying real estate associated with the communities. During the nine months ended September 30, 2016, our Cash From Facility Operations increased by 26.6% when compared to the nine months ended September 30, 2015. Cash From Facility Operations includes integration, transaction, transaction-related and strategic project costs of $47.0 million (including $2.9 million of debt modification costs excluded from Adjusted EBITDA) for the nine months ended September 30, 2016 and $98.8 million (including $6.7 million of debt modification costs excluded from Adjusted EBITDA) for the nine months ended September 30, 2015.

51. On February 13, 2017, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its fourth quarter 2016 ("4Q16") financial results, which stated:

**Brookdale Announces Fourth Quarter and Full Year 2016 Results**

NASHVILLE, Tenn., Feb. 13, 2017 /PRNewswire/ --

* * *

Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter and year ended December 31, 2016.

*  *  *

"We accomplished much during 2016, including making significant progress with our portfolio optimization efforts as well as improving our liquidity and the Company's cash flow. We are operating in a difficult environment with intense supply pressure and a competitive labor market. Despite these macro-economic conditions, we were able to grow both fourth quarter Adjusted EBITDA and Adjusted Free Cash Flow over the prior year quarter. With the fourth quarter results, we achieved results at the upper end of our full year guidance range provided last quarter."

"We believe that supply and labor pressures will continue for the majority of 2017 and we have reflected this impact into our guidance. We have prioritized our efforts in marketing, pricing, product positioning, community management retention and capital expenditures in markets where we are experiencing or expect heightened competitive pressure. We remain focused on creating shareholder value while enriching the lives of the seniors we serve."

**<u>Fourth Quarter Financial Results</u>**

Total revenue for the fourth quarter of 2016 was $1.21 billion compared to $1.24 billion for the prior year period. During the fifteen months ended December 31, 2016, the Company disposed of a total of 74 communities, either through sales or lease terminations. Revenue for these 74 communities was $11.7 million in the fourth quarter of 2016 compared to $48.1 million in the fourth quarter of 2015.

Resident fees were $1.0 billion for the fourth quarter of 2016, a decrease of 3.0% from the fourth quarter of 2015. Fourth quarter monthly RevPAR(2) for the consolidated senior housing portfolio was $3,823, an increase of 2.5% from the fourth quarter of 2015, driven by a year-over-year increase in RevPOR(2) for the consolidated senior housing portfolio of 3.3% and a decrease in weighted average unit occupancy of 80 basis points. The sequential decline in weighted average unit occupancy was 20 basis points.

Facility operating expenses for the fourth quarter of 2016 were $686.2 million, a decrease of 1.6% from the fourth quarter of 2015. Combined segment operating margin was 33.4% for the fourth quarter of 2016 versus 34.0% for the fourth quarter of 2015. Facility operating expenses for the 74 communities disposed of during the fifteen months ended December 31, 2016 were $9.5 million in the fourth quarter of 2016 compared to $39.2 million in the fourth quarter of 2015.

Net loss for the fourth quarter of 2016 was $268.6 million, versus net loss of $174.3 million for the fourth quarter of 2015. During the quarter, the Company incurred $76.3 million of impairment charges related to the transactions with HCP, Inc. ("HCP") which were announced in November 2016. Additionally, the Company incurred $145.6 million of non-cash impairment charges in conjunction with its annual impairment assessment.

> Net cash provided by operating activities for the fourth quarter of 2016 was $88.5 million, a decrease of $1.7 million, or 1.9%, compared with the fourth quarter of 2015.
>
> Weighted average shares outstanding were 185.7 million for the fourth quarter of 2016 compared with weighted average shares outstanding of 184.8 million for the prior year quarter.

52. On February 15, 2017, the Individual Defendants caused Brookdale to file with the SEC its 2016 Annual Report on Form 10-K for the period ended December 31, 2016, which stated:

> As of December 31, 2016, we are the largest operator of senior living communities in the United States based on total capacity, with 1,055 communities in 47 states and the ability to serve approximately 103,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of outpatient therapy, home health and hospice services to residents of many of our communities and to seniors living outside of our communities.
>
> As of December 31, 2016, we owned or leased 902 communities (77,284 units) and provided management services with respect to 153 communities (26,090 units) for third parties or unconsolidated ventures in which we have an ownership interest. As of December 31, 2016, we operated 129 retirement center communities (24,339 units), 851 assisted living communities (58,477 units) and 75 CCRCs (20,558 units). The majority of our units are located in campus settings or communities containing multiple services, including CCRCs. As of December 31, 2016, our ancillary services platform included networks in 28 states with the ability to provide home health services to approximately 61.7% of our units, outpatient therapy to approximately 18.0% of our units and hospice services to approximately 18.3% of our units. During the year ended December 31, 2016, we generated approximately 82.1% of our resident fee revenues from private pay customers. For the year ended December 31, 2016, 37.9% of our resident and management fee revenues were generated from owned communities, 49.1% from leased communities, 11.3% from our ancillary services business and 1.7% from management fees from communities we operate on behalf of third parties or unconsolidated ventures.
>
> We intend to be the leading provider of senior living solutions, and we believe that we are positioned to take advantage of favorable demographic trends over time. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living ("ADLs") (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed

skilled nursing services. We also provide ancillary services, including outpatient therapy, home health services and hospice services, to our residents. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

*Strategy*

During 2014, we acquired Emeritus Corporation ("Emeritus"), a senior living service provider focused on operating residential style communities throughout the United States. At the closing of the merger, the size of our consolidated portfolio increased by 493 communities, significantly increasing our scale and providing us entry into 10 new states. Following the acquisition, we have executed on our plans to integrate legacy Emeritus locations into our systems and infrastructure platform. In 2015, we completed the final cutover waves of integration activities, and we now have a common system and infrastructure platform in place.

With integration activities largely completed, during 2016 we undertook a comprehensive review of our organizational effectiveness as part of updating our strategy. During 2016, we completed this review and adopted a refined strategy: to achieve consistent operational excellence in our core businesses. Execution on our strategy is intended to maximize the value of our existing platform and to build the foundation for further growth.

We have identified five key priorities for which we have developed initiatives and are developing initiatives to support our strategy and have created a transformation process to develop cross-functional initiatives directly tied to key priorities. These five priorities include:

- *Enhance our customer and associate experience*. With this priority, we are simplifying the role of the executive directors of our communities to allow them to focus on our customers and associates, improving our model for recruiting and retaining community associates, implementing new talent development and training programs, and will continue to implement an expanded system to gauge and improve the quality of our relationships with our customers and associates.

- *Improve our marketing and sales processes*. We have designed and begun implementation of a network sales model, have begun to design and implement a new lead management system, and have begun segmenting our communities to align operating standards with optimal market positions. We will continue to leverage our brand recognition while pursuing a multi-layered marketing approach, which includes customized marketing campaigns in markets and communities with the highest potential. Our network sales model is designed to better coordinate our sales efforts among

our communities within a given market. Our community segmentation efforts are intended to identify optimal levels of price, service offerings, amenities and programs to be offered in our communities based on local demand so that we can adjust our operating standards to create differentiated value to meet the needs of our customers.

- *Simplify our organization*. We are actively identifying and executing on initiatives to simplify our organization in order to align our structure around our customers' priorities while improving our operational effectiveness and efficiency. Through our realignment efforts, we have reduced spans and layers in our organization to increase accountability and bring decision making closer to our customers. We also plan to continue to establish corporate shared service centers of excellence to reduce costs and improve our effectiveness. We expect that our organizational simplification and streamlining efforts will lead to opportunities for general and administrative expense efficiencies.

- *Optimize our portfolio and leverage scale*. Our initiatives will focus on maximizing the value and performance of our ancillary services business, optimizing our community portfolio, capturing synergies from our scale, and making strategic and cost effective capital expenditure investments. Through our ongoing portfolio optimization initiative, we intend to dispose of owned and leased communities and restructure leases in order to simplify and streamline our business, to increase the quality and durability of our cash flow, to improve our liquidity and to reduce our debt and lease leverage. Disposals of owned assets may take the form of outright sales or contributions into ventures in which we would have an ownership interest, and we may desire to retain management rights on disposed assets. We also intend to restructure existing leases, including those with approaching maturities, which may take the form of non-renewal of leases, negotiation of revised lease terms, termination of leases in favor of venture structures in which we would have an interest and, to a lesser degree, the purchase of leased communities, particularly where we have favorable purchase options. Our criteria for identifying communities and transactions as part of this initiative include the market value of communities and their underlying performance, lease terms, capital requirements, location, market dynamics, physical plant condition and proximity to other communities in our portfolio. We expect to continue our capital expenditure programs, including our Program Max initiative through which we intend to expand, renovate, redevelop and reposition our communities where economically advantageous.

- *Innovate for growth*. We intend to evaluate, test and implement innovations that enhance customer and associate experience and to explore models to drive new economics.

While our focus will be on executing our refined strategy, we plan to continue to evaluate and, where opportunities arise, selectively purchase existing operating companies, senior living communities, including those that we currently lease or manage, and ancillary services companies. Such acquisitions may be pursued on our own, or through our investments in ventures.

We believe that successful execution upon our strategy and the initiatives supporting our strategy will enable us to grow stockholder value and better fulfill our mission by satisfying more customers, building improved relationships between us, our associates and our customers, and by improving our occupancy, revenue, expenses, and liquidity, by increasing the quality and durability of our cash flow, and by reducing our debt and lease leverage.

53. On May 8, 2017, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its first quarter 2017 ("1Q17") financial results, which stated:

**Brookdale Announces First Quarter 2017 Results**

NASHVILLE, Tenn., May 8, 2017 /PRNewswire/ --

* * *

Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended March 31, 2017.

* * *

"Our focused efforts on improving operational execution led to meaningful year over year growth in our first quarter Adjusted EBITDA and Adjusted Free Cash Flow. In spite of a highly competitive environment, we produced reasonable rate growth and strong expense control to achieve same community operating income growth in a seasonally weak occupancy quarter."

"We remain committed to creating shareholder value. Our previously announced review process remains ongoing. At the same time, we are continuing to pursue portfolio optimization opportunities, as evidenced by our recently closed venture with Blackstone. This transaction and potentially others will strengthen our financial position and add further to free cash flow."

**First Quarter Financial Results**

Total revenue for the first quarter of 2017 was $1.22 billion compared to $1.26 billion for the prior year period. Resident fees were $1.0 billion for the first quarter of 2017, a decrease of 4.2% from the first quarter of 2016. The decrease in resident fees was primarily a result of disposition activity, through asset sales and lease

terminations, since the beginning of the prior year period. First quarter monthly RevPAR [2] for the consolidated senior housing portfolio was $3,919, an increase of 1.4% from the first quarter of 2016, driven by a year-over-year increase in RevPOR [2] of 2.5% and a decrease in weighted average unit occupancy of 80 basis points. The sequential decline in weighted average unit occupancy was 70 basis points.

[2] RevPAR, or average monthly senior housing resident fee revenues per available unit, is defined by the Company as resident fee revenues, excluding Brookdale Ancillary Services segment revenue and entrance fee amortization, for the corresponding portfolio for the period, divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period. RevPOR, or average monthly senior housing resident fee revenues per occupied unit, is defined by the Company as resident fee revenues, excluding Brookdale Ancillary Services segment revenue and entrance fee amortization, for the corresponding portfolio for the period, divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.

Facility operating expenses for the first quarter of 2017 were $674.5 million, a decrease of 5.8% from the first quarter of 2016. Combined segment operating margin was 34.7% for the first quarter of 2017 versus 33.6% for the first quarter of 2016. The decrease in facility operating expenses was due to disposition activity, through asset sales and lease terminations, together with strong expense control.

GAAP net loss for the first quarter of 2017 was $126.4 million, versus a net loss of $48.8 million for the first quarter of 2016. The increase in the GAAP net loss for the first quarter of 2017 was primarily due to $20.7 million of impairment charges (mostly related to the transaction with Blackstone) and an additional $96.8 million charge to the Company's valuation allowances against its federal and state net operating tax loss carryforwards and tax credits (also primarily related to the transaction with Blackstone).

Net cash provided by operating activities for the first quarter of 2017 was $66.8 million, a decrease of $3.6 million, or 5.1%, compared with the first quarter of 2016, also driven primarily by disposition activity.

Weighted average shares outstanding were 185.7 million for the first quarter of 2017 compared with weighted average shares outstanding of 185.2 million for the prior year quarter.

* * *

<u>Senior Housing</u>

Revenue for the consolidated senior housing portfolio was $905.0 million for the first quarter of 2017, a decrease of 3.6% from the first quarter of 2016. Facility operating expenses were $578.2 million for the first quarter of 2017, a decrease of

4.9% from the first quarter of 2016. Operating income for the consolidated senior housing portfolio decreased by 1.2% from the first quarter of 2016, to $326.8 million for the first quarter of 2017. The decreases in resident fees and operating expenses during the three months ended March 31, 2017 were primarily due to disposition activity, through asset sales and lease terminations, of 121 communities (10,018 units) since the beginning of the prior year period.

Same community revenue for the consolidated senior housing portfolio for the three months ended March 31, 2017 increased 0.8% over the corresponding period in 2016. Same community RevPAR increased 0.8% in the first quarter of 2017 from the first quarter of 2016, driven by an increase in same community RevPOR of 2.0% and a decline in weighted average unit occupancy of 100 basis points. Consolidated same community facility operating expenses for the first quarter of 2017 increased by 0.1% over the first quarter of 2016, evidencing strong cost controls. As a result, same community operating income for the consolidated senior housing portfolio for the first quarter of 2017 increased by 2.0% from the first quarter of 2016, to $298.0 million.

*　　*　　*

**<u>2017 Outlook</u>**

Based on results year-to-date, the Company reiterates its full year 2017 guidance as follows:

Adjusted EBITDA, excluding transaction and strategic project costs in the range of $670 million to $710 million.

Adjusted Free Cash Flow in the range of $140 million to $170 million.

The Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures in the range of $25 million to $35 million.

54. On May 10, 2017, the Individual Defendants caused Brookdale to file with the SEC its 1Q17 Quarterly Report on Form 10-Q for the period ended March 31, 2017, which stated:

As of March 31, 2017, we are the largest operator of senior living communities in the United States based on total capacity, with 1,052 communities in 47 states and the ability to serve approximately 103,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of outpatient therapy, home health and hospice services to residents of many of our communities and to seniors living outside of our communities.

We intend to be the leading provider of senior living solutions, and we believe that we are positioned to take advantage of favorable demographic trends over time. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including outpatient therapy, home health services and hospice services, to our residents. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

Our strategy is to achieve consistent operational excellence in our core businesses. Execution on our strategy is intended to maximize the value of our existing platform and to build the foundation for further growth. We have identified five key priorities for which we have developed initiatives and are developing initiatives to support our strategy and have created a transformation process to develop cross-functional initiatives directly tied to key priorities. These five priorities include enhancing our customer and associate experience, improving our marketing and sales processes, simplifying our organization, optimizing our portfolio and leveraging our scale, and innovating for growth. While our focus will be on executing on this strategy, we plan to continue to evaluate and, where opportunities arise, selectively purchase existing operating companies, senior living communities, including those that we currently lease or manage, and ancillary services companies. Such acquisitions may be pursued on our own, or through our investments in ventures. We believe that successful execution upon our strategy and the initiatives supporting our strategy will enable us to grow stockholder value and better fulfill our mission by satisfying more customers, building improved relationships between us, our associates and our customers, and by improving our occupancy, revenue, expenses, and liquidity, by increasing the quality and durability of our cash flow, and by reducing our debt and lease leverage.

* * *

During the three months ended March 31, 2017, total revenues were $1.2 billion, a decrease of $46.4 million, or 3.7%, over our total revenues for the three months ended March 31, 2016. Resident fees for the three months ended March 31, 2017 decreased $44.2 million, or 4.2%, from the three months ended March 31, 2016. Management fees decreased $0.9 million, or 5.3%, from the three months ended March 31, 2016, and reimbursed costs incurred on behalf of managed communities decreased $1.3 million, or 0.7%. The decrease in resident fees during the three months ended March 31, 2017 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted

average occupancy at the 816 communities we owned or leased during both full periods decreased 100 basis points. The decrease in resident fees at the 816 communities we owned or leased during both full periods was partially offset by a 2.0% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year period.

During the three months ended March 31, 2017, facility operating expenses were $674.5 million, a decrease of $41.4 million, or 5.8%, as compared to the three months ended March 31, 2016. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expenses increased $0.7 million, or 0.1%, at the 816 communities we owned or leased during both full periods.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the three months ended March 31, 2017 was ($126.3) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of ($48.8) million for the three months ended March 31, 2016. Net income (loss) for the three months ended March 31, 2017 was ($126.4) million, an increase of 158.8% compared to net income (loss) of ($48.8) million for the three months ended March 31, 2016. During the three months ended March 31, 2017, our Adjusted EBITDA was $198.3 million, an increase of 8.5% when compared to the three months ended March 31, 2016. Adjusted EBITDA includes transaction and strategic project costs of $7.7 million for the three months ended March 31, 2017 and integration, transaction, transaction-related and strategic project costs of $20.0 million for the three months ended March 31, 2016.

During the three months ended March 31, 2017, net cash provided by operating activities was $66.8 million, a decrease of $3.6 million, or 5.1%, over our net cash provided by operating activities for the three months ended March 31, 2016. During the three months ended March 31, 2017, our Adjusted Free Cash Flow was $63.4 million, an increase of 127.5% when compared to the three months ended March 31, 2016. Adjusted Free Cash Flow includes transaction and strategic project costs of $7.8 million (including debt modification costs excluded from Adjusted EBITDA) for the three months ended March 31, 2017 and integration, transaction, transaction-related and strategic project costs of $20.9 million (including $1.0 million of debt modification costs excluded from Adjusted EBITDA) for the three months ended March 31, 2016.

55. On August 7, 2017, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its second quarter 2017 ("2Q17") financial results, which stated:

**Brookdale Announces Second Quarter 2017 Results**

**NASHVILLE, Tenn., Aug. 7, 2017 /PRNewswire/ --**

*   *   *

Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended June 30, 2017.

Andy Smith, Brookdale's President and CEO, said, "During the second quarter we continued to be challenged by a difficult macro-environment with a large number of new competitive openings across our markets. We are focused on defending our market position while putting the Company in a better position for 2018. While our performance for the quarter was generally in line with the industry, we are pleased with the progress that we are making to improve our market positioning through our segmentation initiative, maximize our RevPAR through more sophisticated pricing tools, and build the best workforce in the industry through improved training and development. We also continue to improve our financial position with increased liquidity and by executing on our plan to refinance our near-term debt maturities."

**Second Quarter Financial Results**

Total revenue for the second quarter of 2017 was $1.19 billion compared to $1.26 billion for the prior year period. Resident fees were $934.1 million for the second quarter of 2017, a decrease of 11.4% from the second quarter of 2016. The decrease in resident fees was primarily a result of disposition activity, through asset sales and lease terminations of 130 communities (10,964 units), since the beginning of the prior year period. Second quarter monthly RevPAR(2) for the consolidated senior housing portfolio was $3,873, an increase of 0.8% from the second quarter of 2016, driven by a year-over-year increase in RevPOR(2) of 2.3% and a decrease in weighted average unit occupancy of 120 basis points. The sequential quarterly decline in weighted average unit occupancy was 70 basis points.

(2) RevPAR, or average monthly senior housing resident fee revenues per available unit, is defined by the Company as resident fee revenues, excluding Brookdale Ancillary Services segment revenue and entrance fee amortization, for the corresponding portfolio for the period, divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period. RevPOR, or average monthly senior housing resident fee revenues per occupied unit, is defined by the Company as resident fee revenues, excluding Brookdale Ancillary Services segment revenue and entrance fee amortization, for the corresponding portfolio for the period, divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.

Facility operating expenses for the second quarter of 2017 were $642.4 million, a decrease of 7.3% from the second quarter of 2016. Combined segment operating margin was 31.2% for the second quarter of 2017 versus 34.3% for the second

quarter of 2016. The decrease in facility operating expenses was primarily due to disposition activity, through asset sales and lease terminations.

GAAP net loss for the second quarter of 2017 was $46.3 million, versus a net loss of $35.5 million for the second quarter of 2016. Weighted average shares outstanding were 186.2 million for the second quarter of 2017 compared with weighted average shares outstanding of 185.8 million for the prior year quarter.

Net cash provided by operating activities for the second quarter of 2017 was $133.1 million, an increase of $25.6 million, or 23.8%, compared with the second quarter of 2016, driven primarily by a $12.8 million decrease in integration, transaction-related and strategic project costs compared to the prior year period.

*   *   *

<u>Senior Housing</u>

Revenue for the consolidated senior housing portfolio was $823.9 million for the second quarter of 2017, a decrease of 11.5% from the second quarter of 2016. Facility operating expenses were $545.3 million for the second quarter of 2017, a decrease of 7.4% from the second quarter of 2016. Operating income for the consolidated senior housing portfolio decreased by 18.7% from the second quarter of 2016, to $278.6 million for the second quarter of 2017. The decreases in resident fees and facility operating expenses during the three months ended June 30, 2017 were primarily due to disposition activity, through asset sales and lease terminations, of 130 communities (10,964 units) since the beginning of the prior year period.

Same community revenue for the consolidated senior housing portfolio for the three months ended June 30, 2017 remained consistent over the corresponding period in 2016. Same community RevPAR increased 0.1% in the second quarter of 2017 from the second quarter of 2016, driven by an increase in same community RevPOR of 1.8%, which was offset by a decline in weighted average unit occupancy of 150 basis points. Consolidated same community facility operating expenses for the second quarter of 2017 increased by 5.7% over the second quarter of 2016, driven primarily by an increase in community labor expenses arising from wage rate increases and an $11.3 million increase in insurance expense related to positive changes in the second quarter of 2016 to estimates in general liability and professional liability and workers compensation expenses. As a result, same community operating income for the consolidated senior housing portfolio for the second quarter of 2017 decreased by 9.2% from the second quarter of 2016, to $275.9 million.

*   *   *

**<u>2017 Outlook</u>**

> Based on results year-to-date, the Company reiterates its full year 2017 guidance for Adjusted EBITDA, excluding transaction and strategic project costs, to be in the range of $670 million to $710 million. The Company's previously-issued guidance for full year 2017 Adjusted Free Cash Flow of $140 million to $170 million excluded the potential impact of any refinancing and debt modification costs (including higher interest expense on refinanced debt) and costs associated with its ongoing evaluation of options and alternatives to create and enhance stockholder value, which remains appropriate guidance. Based on such costs incurred to date and projected for the remainder of 2017, the Company expects those costs to be approximately $30 million. Accordingly, the Company expects Adjusted Free Cash Flow for 2017 to be in the range of $110 million to $140 million including such costs. The actual amounts of such costs are subject to a number of assumptions and may differ significantly from the Company's current projection. The Company reiterates its full year 2017 guidance for the Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures in the range of $25 million to $35 million.

56. On August 8, 2017, the Individual Defendants caused Brookdale to file with the SEC its 2Q17 Quarterly Report on Form 10-Q for the period ended June 30, 2017, which stated:

> As of June 30, 2017, we are the largest operator of senior living communities in the United States based on total capacity, with 1,039 communities in 46 states and the ability to serve approximately 102,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of outpatient therapy, home health and hospice services to residents of many of our communities and to seniors living outside of our communities.

> We intend to be the leading provider of senior living solutions, and we believe that we are positioned to take advantage of favorable demographic trends over time. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including outpatient therapy, home health services and hospice services, to our residents. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

Our strategy is to achieve consistent operational excellence in our core businesses. Execution on our strategy is intended to maximize the value of our existing platform and to build the foundation for further growth. We have identified five key priorities for which we have developed initiatives and are developing initiatives to support our strategy and have created a transformation process to develop cross-functional initiatives directly tied to key priorities. These five priorities include enhancing our customer and associate experience, improving our marketing and sales processes, simplifying our organization, optimizing our portfolio and leveraging our scale, and innovating for growth. While our focus will be on executing on this strategy, we plan to continue to evaluate and, where opportunities arise, selectively purchase existing operating companies, senior living communities, including those that we currently lease or manage, and ancillary services companies. Such acquisitions may be pursued on our own, or through our investments in ventures. We believe that successful execution upon our strategy and the initiatives supporting our strategy will enable us to grow stockholder value and better fulfill our mission by satisfying more customers, building improved relationships between us, our associates and our customers, and by improving our occupancy, revenue, expenses, and liquidity, by increasing the quality and durability of our cash flow, and by reducing our debt and lease leverage.

* * *

During the six months ended June 30, 2017, total revenues were $2.4 billion, a decrease of $118.7 million, or 4.7%, over our total revenues for the six months ended June 30, 2016. Resident fees for the six months ended June 30, 2017 decreased $164.7 million, or 7.8%, from the six months ended June 30, 2016. Management fees increased $3.4 million, or 9.6%, from the six months ended June 30, 2016, and reimbursed costs incurred on behalf of managed communities increased $42.6 million, or 11.5%. The decrease in resident fees during the six months ended June 30, 2017 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted average occupancy at the 812 communities we owned or leased during both full six-month periods decreased 130 basis points. The decrease in resident fees at the 812 communities we owned or leased during both full six-month periods was partially offset by a 2.0% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year six-month period.

During the six months ended June 30, 2017, facility operating expenses were $1.3 billion, a decrease of $92.1 million, or 6.5%, compared to the six months ended June 30, 2016. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expenses increased $28.2 million, or 2.9%, at the 812 communities we owned or leased during both full six-month periods.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the six months ended June 30, 2017 was $(172.6) million,

compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(84.2) million for the six months ended June 30, 2016. Net income (loss) for the six months ended June 30, 2017 was $(172.7) million, an increase of 104.8% compared to net income (loss) of ($84.3) million for the six months ended June 30, 2016. During the six months ended June 30, 2017, our Adjusted EBITDA was $358.6 million, a decrease of 6.7% compared to the six months ended June 30, 2016. Adjusted EBITDA includes transaction and strategic project costs of $11.6 million for the six months ended June 30, 2017 and integration, transaction, transaction-related and strategic project costs of $37.1 million for the six months ended June 30, 2016.

During the six months ended June 30, 2017, net cash provided by operating activities was $199.9 million, an increase of $22.0 million, or 12.4%, over our net cash provided by operating activities for the six months ended June 30, 2016. During the six months ended June 30, 2017, our Adjusted Free Cash Flow was $103.4 million, an increase of 42.1% when compared to the six months ended June 30, 2016. Adjusted free cash flow for the six months ended June 30, 2016 included $38.3 million of integration, transaction, transaction-related and strategic project costs.

57. On November 6, 2017, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its third quarter 2017 ("3Q17") financial results, which stated:

**Brookdale Announces Third Quarter 2017 Results**

NASHVILLE, Tenn., Nov. 6, 2017 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") reported a GAAP net loss of $413.9 million for the third quarter of 2017 compared to $51.7 million for the third quarter of 2016. Third quarter 2017 net cash provided by operating activities was $83.2 million compared to $99.4 million in the third quarter of 2016.

Adjusted EBITDA was $141.8 million for the third quarter of 2017 compared to $202.3 million for the third quarter of 2016. Excluding transaction and strategic project costs of $2.8 million, Adjusted EBITDA for the third quarter of 2017 was $144.7 million. Adjusted Free Cash Flow for the third quarter of 2017 was $5.8 million compared to $47.8 million in the third quarter of 2016. Brookdale's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures for the third quarter of 2017 was $6.7 million compared to $7.5 million in the third quarter of 2016. Adjusted EBITDA and Adjusted Free Cash Flow are financial measures not calculated in accordance with GAAP. See "Reconciliation of Non-GAAP Financial Measures" below for the Company's definitions of such financial measures, reconciliations of such measures to their most comparable GAAP financial measures and other important information regarding the use of the Company's non-GAAP financial measures.

Financial results in the quarter were impacted by dispositions since the beginning of the prior year quarter, non-cash impairment charges to goodwill and assets and natural disasters.

Andy Smith, Brookdale's President and CEO, said, "In the third quarter, we saw signs that our foundational initiatives are producing positive results. Key leadership turnover decreased materially and our customer satisfaction benchmark improved nicely. These led to our best third quarter net move-in/move-out ratio in recent years and increased occupancy each month during the quarter. Even so, we will continue to experience the impact of intense competition and labor cost pressures through 2018."

Mr. Smith continued, "As one outgrowth of both our ongoing strategic review process and our portfolio optimization initiative, we are excited about the opportunities provided by our recently announced agreement with HCP. It continues our initiatives to rationalize our portfolio, simplify our business, and reduce lease liability. It also increases our flexibility and certainty when pursing alternative pathways to realize the value of our portfolio."

**<u>Third Quarter Financial Results</u>**

Total revenue for the third quarter of 2017 was $1.18 billion compared to $1.25 billion for the prior year period. Resident fees were $922.9 million for the third quarter of 2017, a decrease of 11.5% from the third quarter of 2016. The decrease in resident fees was primarily a result of the disposition of 136 communities (11,071 units) through asset sales and lease terminations since the beginning of the prior year period. Third quarter monthly RevPAR for the consolidated senior housing portfolio was $3,860, an increase of 0.3% from the third quarter of 2016, driven by a year-over-year increase in RevPOR of 1.9% and a decrease in weighted average unit occupancy of 140 basis points. The sequential quarterly increase in weighted average unit occupancy was 20 basis points. See "Definitions of RevPAR and RevPOR" below for the Company's definitions of such terms.

Facility operating expenses for the third quarter of 2017 were $650.7 million, a decrease of 7.6% from the third quarter of 2016. Combined segment operating margin was 29.5% for the third quarter of 2017 versus 32.5% for the third quarter of 2016. The decrease in facility operating expenses was primarily due to disposition activity, through asset sales and lease terminations.

GAAP net loss for the third quarter of 2017 included $368.6 million of non-cash impairment expense. The impairment charges consisted of $205.0 million of goodwill within the Assisted Living segment, $149.9 million of property, plant and equipment and leasehold intangibles for certain communities, primarily within the Assisted Living segment, and $13.7 million of intangible assets for health care licenses within the Brookdale Ancillary Services segment. The impairment charges were primarily driven by a significant decline in the Company's stock price and market capitalization for a sustained period, significant underperformance relative

to historical and projected operating results, and an increased competitive environment in the senior living industry and the home health industry in Florida. Weighted average shares outstanding were 186.3 million for the third quarter of 2017 compared with weighted average shares outstanding of 185.9 million for the prior year quarter.

Net cash provided by operating activities for the third quarter of 2017 was $83.2 million, a decrease of $16.2 million, or 16.3%, compared with the third quarter of 2016, driven primarily by disposition activity and an increase in facility operating expenses at the communities operated during both full periods.

* * *

<u>Senior Housing</u>

Revenue for the consolidated senior housing portfolio was $812.3 million for the third quarter of 2017, a decrease of 12.2% from the third quarter of 2016. Facility operating expenses were $549.9 million for the third quarter of 2017, a decrease of 8.6% from the third quarter of 2016. Operating income for the consolidated senior housing portfolio decreased by 19.0% from the third quarter of 2016, to $262.4 million for the third quarter of 2017. The decreases in resident fees and facility operating expenses during the three months ended September 30, 2017 were primarily due to disposition activity, through asset sales and lease terminations, of 136 communities (11,071 units) since the beginning of the prior year period. Additionally, $5.2 million of hurricane and natural disaster expenses were recognized in the third quarter of 2017 for the consolidated senior housing portfolio, primarily including increased operating costs relating to the hurricane response.

Same community revenue for the consolidated senior housing portfolio for the three months ended September 30, 2017 decreased 0.4% from the corresponding period in 2016. Same community RevPAR decreased 0.4% in the third quarter of 2017 from the third quarter of 2016, driven by a decline in weighted average unit occupancy of 160 basis points, which was partially offset by an increase in same community RevPOR of 1.4%. Consolidated same community facility operating expenses for the third quarter of 2017 increased by 4.6% over the third quarter of 2016, driven primarily by an increase in community labor expenses arising from wage rate increases and an $8.1 million increase in insurance expense related to positive changes reflected in the third quarter of 2016 to estimates in general liability and professional liability and workers compensation expenses. As a result, same community operating income for the consolidated senior housing portfolio for the third quarter of 2017 decreased by 9.1% from the third quarter of 2016, to $264.0 million.

* * *

**<u>2017 Outlook</u>**

> Based on results year-to-date and our forecast for the remainder of the year, the Company adjusts its full year 2017 guidance for Adjusted EBITDA, excluding transaction and strategic project costs, to a range of $650 million to $670 million. In addition to the $12 million to $13 million impact from the hurricanes, the Company expects continued competitive pressures for the remainder of the year. The Company also adjusts its guidance for Adjusted Free Cash Flow for 2017 to a range of $80 million to $100 million, reflecting the projected $20 million to $21 million negative impact from the hurricanes and the competitive environment. The Company also narrows its full year 2017 guidance for the Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures to a range of $28 million to $32 million.

58. On November 7, 2017, the Individual Defendants caused Brookdale to file with the SEC its 3Q17 Quarterly Report on Form 10-Q for the period ended September 30, 2017, which stated:

> As of September 30, 2017, we are the largest operator of senior living communities in the United States based on total capacity, with 1,031 communities in 46 states and the ability to serve approximately 101,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of outpatient therapy, home health and hospice services to residents of many of our communities and to seniors living outside of our communities.
>
> We intend to be the leading provider of senior living solutions, and we believe that we are positioned to take advantage of favorable demographic trends over time. We also believe that we operate in the most attractive sectors of the senior living industry with opportunities to increase our revenues through providing a combination of housing, hospitality services, ancillary services and health care services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (such as eating, bathing, dressing, toileting and transferring/walking) and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including outpatient therapy, home health services and hospice services, to our residents. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place" and thereby maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.
>
> Our strategy is to achieve consistent operational excellence in our core businesses. Execution on our strategy is intended to maximize the value of our existing platform and to build the foundation for further growth. We have identified five key

priorities for which we have developed initiatives and are developing initiatives to support our strategy and have created a transformation process to develop cross-functional initiatives directly tied to key priorities. These five priorities include enhancing our customer and associate experience, improving our marketing and sales processes, simplifying our organization, optimizing our portfolio and leveraging our scale, and innovating for growth. While our focus will be on executing on this strategy, we plan to continue to evaluate and, where opportunities arise, selectively purchase existing operating companies, senior living communities, including those that we currently lease or manage, and ancillary services companies. Such acquisitions may be pursued on our own, or through our investments in ventures. We believe that successful execution upon our strategy and the initiatives supporting our strategy will enable us to grow stockholder value and better fulfill our mission by satisfying more customers, building improved relationships between us, our associates and our customers, and by improving our occupancy, revenue, expenses, and liquidity, by increasing the quality and durability of our cash flow, and by reducing our debt and lease leverage.

* * *

During the nine months ended September 30, 2017, total revenues were $3.6 billion, a decrease of $186.9 million, or 5.0%, over our total revenues for the nine months ended September 30, 2016. Resident fees for the nine months ended September 30, 2017 decreased $284.7 million, or 9.0%, from the nine months ended September 30, 2016. Management fees increased $6.0 million, or 11.8%, from the nine months ended September 30, 2016, and reimbursed costs incurred on behalf of managed communities increased $91.8 million, or 16.4%. The decrease in resident fees during the nine months ended September 30, 2017 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted average occupancy at the 800 communities we owned or leased during both full nine-month periods decreased 130 basis points. The decrease in resident fees at the 800 communities we owned or leased during both full nine-month periods was partially offset by a 1.8% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year nine-month period.

During the nine months ended September 30, 2017, facility operating expenses were $2.0 billion, a decrease of $145.6 million, or 6.9%, compared to the nine months ended September 30, 2016. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expenses increased $51.0 million, or 3.5%, at the 800 communities we owned or leased during both full nine-month periods. The increase in facility operating expenses was primarily due to an increase in salaries and wages arising from wage rate increases and an increase in insurance expense related to positive changes in the nine months ended September 30, 2016 to estimates in general liability and professional liability and workers compensation expenses.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the nine months ended September 30, 2017 was $(586.5) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(135.9) million for the nine months ended September 30, 2016. Net income (loss) for the nine months ended September 30, 2017 was $(586.6) million as compared to net income (loss) of ($136.0) million for the nine months ended September 30, 2016. During the nine months ended September 30, 2017, our Adjusted EBITDA was $500.5 million, a decrease of 14.7% compared to the nine months ended September 30, 2016. The decrease in Adjusted EBITDA is primarily due to disposition activity, through asset sales and lease terminations, since the beginning of the prior year period. Additionally, increases in community labor expenses and insurance expense at the communities operated during both full periods contributed to the decline in Adjusted EBITDA. Adjusted EBITDA includes transaction and strategic project costs of $14.5 million for the nine months ended September 30, 2017 and integration, transaction, transaction-related and strategic project costs of $44.2 million for the nine months ended September 30, 2016.

During the nine months ended September 30, 2017, net cash provided by operating activities was $283.1 million, an increase of $5.8 million, or 2.1%, over our net cash provided by operating activities for the nine months ended September 30, 2016. During the nine months ended September 30, 2017, our Adjusted Free Cash Flow was $109.2 million, a decrease of 9.4% when compared to the nine months ended September 30, 2016. The decrease in Adjusted Free Cash Flow is primarily due to increases in community labor expenses and insurance expense at the communities operated during both full periods. The decrease was partially offset by a decrease in non-development capital expenditures, net of lessor reimbursements, of $56.8 million and a decrease in integration, transaction, transaction-related and strategic project costs of $21.3 million compared to the prior year period.

59. On February 22, 2018, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its fourth quarter 2017 ("4Q17") financial results, which stated:

**Brookdale Announces Fourth Quarter and Full Year 2017 Results**

NASHVILLE, Tenn., Feb. 22, 2018 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter and year ended December 31, 2017.

* * *

The Company reported net income of $15.0 million for the fourth quarter of 2017 compared to net loss of $268.6 million for the fourth quarter of 2016. Net income

for the fourth quarter of 2017 included a $64.0 million deferred income tax benefit, which included the impact of the Tax Cuts and Jobs Act ("Tax Act"). Fourth quarter 2017 net cash provided by operating activities was $83.6 million compared with $88.5 million for the fourth quarter of 2016. Adjusted EBITDA was $138.1 million for the fourth quarter of 2017 compared to $184.2 million for the fourth quarter of 2016. Excluding transaction and strategic project costs of $10.9 million, Adjusted EBITDA for the fourth quarter of 2017 was $149.0 million. Adjusted Free Cash Flow for the fourth quarter of 2017 was negative $11.7 million compared to positive $33.2 million for the fourth quarter of 2016. Brookdale's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures for the fourth quarter of 2017 was $12.0 million compared to $6.8 million for the fourth quarter of 2016. Adjusted EBITDA and Adjusted Free Cash Flow are financial measures not calculated in accordance with GAAP. See "Reconciliation of Non-GAAP Financial Measures" below for the Company's definitions of such financial measures, reconciliations of such measures to their most comparable GAAP financial measures and other important information regarding the use of the Company's non-GAAP financial measures.

The Company reported a net loss of $571.6 million for the year ended December 31, 2017 compared to a net loss of $404.6 million for the year ended December 31, 2016. Full year 2017 net cash provided by operating activities was $366.7 million compared with $365.7 million for the full year 2016. Adjusted EBITDA was $638.6 million for 2017 compared to $770.8 million for 2016. Excluding transaction and strategic project costs of $25.4 million, Adjusted EBITDA for 2017 was $664.0 million. Adjusted Free Cash Flow for 2017 was $97.6 million compared to $153.8 million for 2016. Brookdale's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures for 2017 was $35.4 million compared to $32.6 million for 2016.

**<u>Fourth Quarter Financial Results</u>**

Total revenue for the fourth quarter of 2017 was $1.17 billion compared to $1.21 billion for the prior year period. Resident fees were $906.3 million for the fourth quarter of 2017, a decrease of 10.3% from the fourth quarter of 2016. The decrease in resident fees was primarily a result of the disposition of 127 communities (11,935 units) through asset sales and lease terminations since the beginning of the prior year period. Fourth quarter monthly RevPAR for the consolidated senior housing portfolio was $3,904, an increase of 2.1% from the fourth quarter of 2016, driven by a year-over-year increase in RevPOR of 3.1%, which was partially offset by a decrease in weighted average unit occupancy of 80 basis points. Weighted average unit occupancy for the consolidated senior housing portfolio increased 40 basis points to 85.2% from the third quarter of 2017, and is 60 basis points above its lowpoint in the second quarter of the year. See "Definitions of RevPAR and RevPOR" below for the Company's definitions of such terms.

Facility operating expenses for the fourth quarter of 2017 were $634.6 million, a decrease of 7.5% from the fourth quarter of 2016. The decrease in facility operating

expenses was primarily due to disposition activity, through asset sales and lease terminations. Combined segment operating margin was 31.4% for the fourth quarter of 2017 versus 33.4% for the fourth quarter of 2016.

Net income for the fourth quarter of 2017 was $15.0 million, versus a net loss of $268.6 million for the fourth quarter of 2016. Net income for the fourth quarter of 2017 included a deferred income tax benefit of $64.0 million, including a benefit of $112.4 million resulting from the re-measurement of the Company's net deferred tax liability due to the impact of the Tax Act.

Weighted average shares outstanding were 186.4 million for the fourth quarter of 2017 compared with weighted average shares outstanding of 185.7 million for the prior year quarter.

Net cash provided by operating activities for the fourth quarter of 2017 was $83.6 million, a decrease of $4.9 million, or 5.5%, compared with the fourth quarter of 2016, driven primarily by disposition activity, which was partially offset by an increase in facility operating expenses at the communities operated during both full periods.

**Annual Financial Results**

Total revenue for the full year 2017 was $4.75 billion, a decrease of 4.6% from the prior year. Net loss for the full year 2017 was $571.6 million, versus a net loss of $404.6 million for the full year 2016. Full year 2017 net cash provided by operating activities was $366.7 million, an increase of $0.9 million, or 0.3% compared with the prior year.

* * *

Senior Housing

Revenue for the consolidated senior housing portfolio was $792.8 million for the fourth quarter of 2017, a decrease of 11.5% from the fourth quarter of 2016. Facility operating expenses were $533.9 million for the fourth quarter of 2017, a decrease of 9.3% from the fourth quarter of 2016. Operating income for the consolidated senior housing portfolio decreased by 15.8% from the fourth quarter of 2016, to $258.9 million for the fourth quarter of 2017. The decreases in resident fees and facility operating expenses during the three months ended December 31, 2017 were primarily due to disposition activity, through asset sales and lease terminations, of 127 communities (11,935 units) since the beginning of the prior year period.

Same community revenue for the consolidated senior housing portfolio for the fourth quarter of 2017 increased 0.5% from the corresponding period in 2016. Same community RevPAR increased 0.6% in the fourth quarter of 2017 from the fourth quarter of 2016, driven by an increase in same community RevPOR of 1.9%,

> which was partially offset by a decline in weighted average unit occupancy of 110 basis points. Consolidated same community facility operating expenses, excluding costs related to natural disasters, for the fourth quarter of 2017 increased by 4.6% over the fourth quarter of 2016, driven primarily by an increase in community labor expenses arising from wage rate increases. As a result, same community operating income for the consolidated senior housing portfolio for the fourth quarter of 2017 decreased by 6.6% from the fourth quarter of 2016, to $252.7 million. Same community weighted average unit occupancy for the consolidated senior housing portfolio increased 10 basis points to 85.6% sequentially from the third quarter of 2017.

60. On February 22, 2018, the Individual Defendants caused Brookdale to file with the SEC its 2017 Annual Report on Form 10-K for the period ended December 31, 2017, which stated:

> As of December 31, 2017, we are the largest operator of senior living communities in the United States based on total capacity, with 1,023 communities in 46 states and the ability to serve approximately 101,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.
>
> As of December 31, 2017, we owned or leased 794 communities (66,641 units) and provided management services with respect to 229 communities (33,941 units) for third parties or unconsolidated ventures in which we have an ownership interest. As of December 31, 2017, we operated 129 retirement center communities (24,476 units), 822 assisted living communities (56,718 units) and 72 CCRCs (19,388 units). The majority of our units are located in campus settings or communities containing multiple services, including CCRCs. As of December 31, 2017, our ancillary services platform included networks in 28 states with the ability to provide home health services to 63.7% of our units, hospice services to 21.7% of our units, and outpatient therapy to 17.0% of our units. During the year ended December 31, 2017, we generated 82.1% of our resident fee revenues from private pay customers and 15.2% from government reimbursement programs (primarily Medicare). For the year ended December 31, 2017, 39.5% of our resident and management fee revenues were generated from owned communities, 46.9% from leased communities, 11.6% from our ancillary services business and 2.0% from communities we operate on behalf of third parties or unconsolidated ventures.
>
> We believe that we operate in the most attractive sectors of the senior living industry, and our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. Our community and service offerings combine housing, health care, hospitality, and ancillary services. Our senior living communities offer residents a supportive home-like

setting, assistance with activities of daily living (ADL) such as eating, bathing, dressing, toileting and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place," which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives. With our platform of a range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time.

***Leadership and Our Strategy***

On February 22, 2018, we announced that Lucinda M. Baier, our Chief Financial Officer, has been appointed as our President and Chief Executive Officer and as a member of our Board of Directors effective February 28, 2018, at which time T. Andrew Smith will step down from such roles. We further announced that Bryan Richardson, our Executive Vice President and Chief Administrative Officer, will leave his employment effective March 9, 2018. Ms. Baier will continue to serve as our principal financial officer while we conduct a search for her replacement, and we do not currently intend to replace Mr. Richardson's position.

For 2018, we have re-evaluated and redefined our strategic priorities, which are now focused on our three primary stakeholders: our stockholders, our associates, and, always at our foundation, our residents, patients and their families. Through our redefined strategy, we intend to provide attractive long-term returns to our stockholders; attract, engage, develop and retain the best associates; and continue to earn the trust and endorsements of our residents, patients and their families.

- *Stockholders*. Our stockholders' continued investment in us allows us to advance our mission to our residents and their families. Therefore we believe we must balance our mission with an emphasis on margin. With this strategic priority, we intend to take actions to provide long-term returns to our stockholders by focusing on growing RevPAR, Adjusted EBITDA and Adjusted Free Cash Flow.

- *Associates*. Brookdale's culture is based on servant leadership, and our associates are the key to attracting and caring for residents and creating value for all of our stakeholders. Through this strategic priority, we intend to create a compelling value proposition for our associates in the areas of compensation, leadership, career growth and meaningful work. In 2017, we took the first corrective steps by investing in community leaders, and in 2018 we plan to extend this plan deeper in the communities.

- *Residents, Patients and Their Families*. Brookdale continues to be driven by its mission—to enrich the lives of those we serve with compassion, respect, excellence and integrity—and we believe this continued focus is essential to create value for all of our stakeholders. This strategic priority includes enhancing our organizational alignment to foster an environment where our associates can focus on providing valued, high quality care and personalized service. We intend to win locally through our targeted sales and marketing efforts by differentiating our community and service offerings based on quality, a portfolio of choices, and personalized service delivered by caring associates.

We believe that our successful execution on these strategic priorities will allow us to achieve our goal to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer.

As part of our redefined strategy, we plan to continue to evaluate and, where opportunities arise, pursue lease restructurings, development and acquisition opportunities, including selectively acquiring existing operating companies, senior living communities, and ancillary services companies. Any such restructurings or acquisitions may be pursued on our own, or through investments in ventures. In addition, we intend to continue to evaluate our owned and leased community portfolios for opportunities to dispose of owned communities and terminate leases. We plan to market in 2018 and sell approximately 30 owned communities (in addition to assets held for sale as of December 31, 2017), which we believe will generate more than $250 million of proceeds, net of associated debt and transaction costs.

* * *

During 2017, total revenues were $4.7 billion, a decrease of $229.9 million, or 4.6%, over our total revenues for the prior year. Resident fees for 2017 decreased $388.5 million, or 9.3%, from the prior year. Management fees increased $5.1 million, or 7.2%, from the prior year, and reimbursed costs incurred on behalf of managed communities increased $153.5 million, or 20.8%. The decrease in resident fees during 2017 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year. The decrease in resident fees was partially offset by a 2.5% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year.

During 2017, facility operating expenses were $2.6 billion, a decrease of $197.2 million, or 7.0%, as compared to the prior year. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year. Facility operating expenses increased $69.1 million, or 3.7%, at the 766 communities we owned or leased during both full years. The increase in facility operating expenses at the communities we operated during both full years was primarily due to an increase in salaries and wages arising from wage rate increases and an increase in insurance

expense related to positive changes in the estimates of general liability and professional liability and workers compensation expenses in the year ended December 31, 2016.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the year ended December 31, 2017 was $(571.4) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(404.4) million for the prior year. Net income (loss) for the year was $(571.6) million, an increase of 41.3% compared to net income (loss) of $(404.6) million for the prior year. During the year ended December 31, 2017, our Adjusted EBITDA decreased by 17.2% when compared to the year ended December 31, 2016. Adjusted EBITDA includes transaction and strategic project costs of $25.4 million for the year ended December 31, 2017 and integration, transaction, transaction-related and strategic project costs of $54.2 million for the year ended December 31, 2016.

During the year ended December 31, 2017, net cash provided by operating activities increased 0.3% to $366.7 million over our net cash provided by operating activities for the year ended December 31, 2016. During the year ended December 31, 2017, our Adjusted Free Cash Flow was $97.6 million, a decrease of 36.5% when compared to the year ended December 31, 2016.

61. On May 7, 2018, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its first quarter 2018 ("1Q18") financial results, which stated:

**Brookdale Announces First Quarter 2018 Results**

NASHVILLE, Tenn., May 7, 2018 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended March 31, 2018.

* * *

Lucinda ("Cindy") Baier, Brookdale's President and CEO, said "Brookdale is making the necessary investments for our future success. We plan to return to our strong foundation where we will differentiate ourselves based on caring associates who create passionate advocates and generate referrals. It is about winning LOCALLY, while leveraging industry-leading scale and experience. While our financial results reflect that we are a smaller company as a result of our portfolio optimization initiative and operating in a difficult competitive environment, we are making progress on our turnaround strategy."

The Company reported net loss of $457.2 million for the first quarter of 2018 compared to net loss of $126.4 million for the first quarter of 2017. First quarter

2018 net cash provided by operating activities was $38.0 million compared with $66.8 million for the first quarter of 2017. Adjusted EBITDA was $130.0 million for the first quarter of 2018 compared to $198.3 million for the first quarter of 2017. Excluding transaction and organizational restructuring costs of $17.2 million, Adjusted EBITDA for the first quarter of 2018 was $147.2 million. Adjusted Free Cash Flow for the first quarter of 2018 was $5.5 million compared to $63.5 million for the first quarter of 2017. Brookdale's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures for the first quarter of 2018 was $5.8 million compared to $8.8 million for the first quarter of 2017. Adjusted EBITDA and Adjusted Free Cash Flow are financial measures not calculated in accordance with GAAP. See "Reconciliation of Non-GAAP Financial Measures" below for the Company's definitions of such financial measures, reconciliations of such measures to their most comparable GAAP financial measures and other important information regarding the use of the Company's non-GAAP financial measures.

**<u>First Quarter Financial Results</u>**

Total revenue for the first quarter of 2018 was $1.19 billion compared to $1.22 billion for the prior year period. Resident fees were $906.3 million for the first quarter of 2018, a decrease of 10.9% from the first quarter of 2017. The decrease in resident fees was primarily a result of the disposition of 111 communities (10,635 units) through asset sales and lease terminations since January 1, 2017. First quarter RevPAR for the consolidated senior housing portfolio was $3,983, an increase of 1.6% from the first quarter of 2017, driven by a year-over-year increase in RevPOR of 2.6%, which was partially offset by a decrease in weighted average unit occupancy of 90 basis points. See "Definitions of RevPAR and RevPOR" below for the Company's definitions of such terms.

Facility operating expenses for the first quarter of 2018 were $632.3 million, a decrease of 6.3% from the first quarter of 2017. The decrease in facility operating expenses was primarily due to disposition activity, through asset sales and lease terminations. Combined segment operating margin was 31.6% for the first quarter of 2018 versus 34.7% for the first quarter of 2017.

Net loss for the first quarter of 2018 was $457.2 million, versus a net loss of $126.4 million for the first quarter of 2017. Net loss for the first quarter of 2018 included $430.4 million of non-cash impairment expense, primarily including impairment charges of $351.7 million for goodwill within the Assisted Living segment and $40.8 million for property, plant and equipment and leasehold intangibles for certain communities, primarily in the Assisted Living segment.

Weighted average shares outstanding were 186.9 million for the first quarter of 2018 compared with weighted average shares outstanding of 185.7 million for the prior year quarter.

Net cash provided by operating activities for the first quarter of 2018 was $38.0 million, a decrease of $28.8 million, or 43.1%, compared with the first quarter of 2017, driven primarily by an increase in same community operating expenses.

*     *     *

Senior Housing

Revenue for the consolidated senior housing portfolio was $795.7 million for the first quarter of 2018, a decrease of 12.1% from the first quarter of 2017. Facility operating expenses were $530.1 million for the first quarter of 2018, a decrease of 8.3% from the first quarter of 2017. Operating income for the consolidated senior housing portfolio decreased by 18.7% from the first quarter of 2017, to $265.6 million for the first quarter of 2018. The decrease in operating income during the three months ended March 31, 2018 was primarily due to disposition activity, through asset sales and lease terminations, of 111 communities (10,635 units) since the beginning of the prior year period. RevPAR increased 2.0% sequentially for the first quarter of 2018 compared to the fourth quarter of 2017.

Same community revenue for the consolidated senior housing portfolio for the first quarter of 2018 decreased 0.6% from the corresponding period in 2017. Same community RevPAR decreased 0.6% in the first quarter of 2018 from the first quarter of 2017, driven by a decline in weighted average unit occupancy of 130 basis points, which was partially offset by an increase in same community RevPOR of 1.0%. Same community facility operating expenses for the first quarter of 2018 increased by 5.8% over the first quarter of 2017, driven primarily by an increase in community labor expenses arising from wage rate increases. As a result, same community operating income for the consolidated senior housing portfolio for the first quarter of 2018 decreased by 11.2% from the first quarter of 2017, to $257.8 million. Same community weighted average unit occupancy for the consolidated senior housing portfolio decreased 90 basis points to 84.8% sequentially from the fourth quarter of 2017. Same community revenue increased 1.4% sequentially from the fourth quarter of 2017, contributing to a 2.0% sequential increase in same community operating income.

*     *     *

**2018 Outlook**

*     *     *

The Company expects its consolidated full-year 2018 non-development capital expenditures to be in a range of $170 million to $180 million (net of lessor reimbursements), of which up to $25 million is related to remediation of communities resulting from the 2017 hurricanes and the acquisition of emergency power generators at certain Florida communities in response to Florida legislation adopted in March 2018. Transaction and organizational restructuring costs are expected to be approximately $40 million for the full year 2018. The foregoing

guidance includes the impact of transactions closed prior to the date hereof and the expected impact of the Company's plans to dispose of 14 communities classified as held for sale as of March 31, 2018, plans to market in 2018 and sell approximately 30 communities, expected lease terminations with respect to 29 communities, and expected terminations of management agreements with respect to 27 communities, and such expectations are based on the Company's estimates regarding the timing of the closings of such transactions. Except for the foregoing transactions, the Company's guidance excludes the impact of any future acquisition or disposition activity. Reconciliations of the non-GAAP financial measures included in the foregoing guidance to the most comparable GAAP financial measures are not available without unreasonable effort due to the inherent difficulty in forecasting the timing or amounts of items required to reconcile Adjusted EBITDA, Adjusted Free Cash Flow and the Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures from the Company's net income (loss), the Company's net cash provided by (used in) operating activities and the unconsolidated ventures' net cash provided by (used in) operating activities, as applicable. Variability in the timing or amounts of items required to reconcile each measure may have a significant impact on the Company's future GAAP results.

62. On May 8, 2018, the Individual Defendants caused Brookdale to file with the SEC its 1Q18 Quarterly Report on Form 10-Q for the period ended March 31, 2018, which stated:

As of March 31, 2018, we are the largest operator of senior living communities in the United States based on total capacity, with 1,010 communities in 46 states and the ability to serve approximately 99,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.

We believe that we operate in the most attractive sectors of the senior living industry, and our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. Our community and service offerings combine housing, health care, hospitality, and ancillary services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (ADL) such as eating, bathing, dressing, toileting and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place," which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-

place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives. With our platform of a range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time.

***Leadership and Our Strategy***

During the first quarter of 2018, the Company's Board of Directors made several changes to our key leadership. Effective February 28, 2018, Lucinda M. Baier, who had served as our Chief Financial Officer since 2015, was appointed as our President and Chief Executive Officer and member of the Board of Directors, at which time the employment of our former President and Chief Executive Officer was terminated. In addition, the employment of our former Executive Vice President and Chief Administrative Officer was terminated effective March 9, 2018. Ms. Baier continued to serve as our principal financial officer until Teresa F. Sparks was appointed as our interim Chief Financial Officer effective March 28, 2018.

For 2018, we have re-evaluated and redefined our strategic priorities, which are now focused on our three primary stakeholders: our stockholders, our associates, and, always at our foundation, our residents, patients and their families. Through our redefined strategy, we intend to provide attractive long-term returns to our stockholders; attract, engage, develop and retain the best associates; and earn the trust and endorsements of our residents, patients and their families.

- *Stockholders*. Our stockholders' continued investment in us allows us to advance our mission to our residents and their families. Therefore we believe we must balance our mission with an emphasis on margin. With this strategic priority, we intend to take actions to provide long-term returns to our stockholders by focusing on growing RevPAR, Adjusted EBITDA and Adjusted Free Cash Flow.

- *Associates*. Brookdale's culture is based on servant leadership, and our associates are the key to attracting and caring for residents and creating value for all of our stakeholders. Through this strategic priority, we intend to create a compelling value proposition for our associates in the areas of compensation, leadership, career growth and meaningful work. In 2017, we took the first corrective steps by investing in community leaders, and in 2018 we are extending this plan deeper in the communities.

- *Residents, Patients and Their Families*. Brookdale continues to be driven by its mission—to enrich the lives of those we serve with compassion, respect, excellence and integrity—and we believe this continued focus is essential to create value for all of our stakeholders. This strategic priority includes enhancing our organizational alignment to foster an environment where our associates can focus on providing valued, high quality care and personalized service. We intend to win locally through our targeted sales

> and marketing efforts by differentiating our community and service offerings based on quality, a portfolio of choices, and personalized service delivered by caring associates.

We believe that our successful execution on these strategic priorities will allow us to achieve our goal to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer.

As part of our redefined strategy, we plan to continue to evaluate and, where opportunities arise, pursue lease restructurings, development and acquisition opportunities, including selectively acquiring existing operating companies, senior living communities, and ancillary services companies. Any such restructurings or acquisitions may be pursued on our own, or through investments in ventures. In addition, we intend to continue to evaluate our owned and leased community portfolios for opportunities to dispose of owned communities and terminate leases. We plan to market in 2018 and sell approximately 30 owned communities (in addition to assets held for sale as of March 31, 2018), which we believe will generate more than $250 million of proceeds, net of associated debt and transaction costs.

* * *

During the three months ended March 31, 2018, total revenues were $1.2 billion, a decrease of $29.6 million, or 2.4%, over our total revenues for the three months ended March 31, 2017. Resident fees for the three months ended March 31, 2018 decreased $110.7 million, or 10.9%, from the three months ended March 31, 2017. Management fees increased $2.8 million, or 17.5%, from the three months ended March 31, 2017, and reimbursed costs incurred on behalf of managed communities increased $78.3 million, or 42.6%. The decrease in resident fees during the three months ended March 31, 2018 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted average occupancy at the 769 communities we owned or leased during both full three month periods decreased 130 basis points to 84.8%. The decrease in resident fees at the 769 communities we owned or leased during both full three month periods was partially offset by a 1.0% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year three month period.

During the three months ended March 31, 2018, facility operating expenses were $632.3 million, a decrease of $42.2 million, or 6.3%, compared to the three months ended March 31, 2017. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expenses increased $27.6 million, or 5.8%, at the 769 communities we owned or leased during both full three month periods, primarily due to an increase in salaries and wages arising from wage rate increases.

> Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the three months ended March 31, 2018 was $(457.2) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(126.3) million for the three months ended March 31, 2017. Net income (loss) for the three months ended March 31, 2018 was $(457.2) million as compared to net income (loss) of $(126.4) million for the three months ended March 31, 2017. During the three months ended March 31, 2018, our Adjusted EBITDA was $130.0 million, a decrease of 34.4% compared to the three months ended March 31, 2017. The decrease in Adjusted EBITDA is primarily due to disposition activity, through asset sales and lease terminations, since the beginning of the prior year period. Additionally, increases in community labor expenses and insurance expense at the communities operated during both full periods contributed to the decline in Adjusted EBITDA.
>
> During the three months ended March 31, 2018, net cash provided by operating activities was $38.0 million, a decrease of $28.8 million, or 43.1%, over our net cash provided by operating activities for the three months ended March 31, 2017. During the three months ended March 31, 2018, our Adjusted Free Cash Flow was $5.5 million, a decrease of 91.4% when compared to the three months ended March 31, 2017.
>
> Adjusted EBITDA and Adjusted Free Cash Flow include transaction and organizational restructuring costs of $17.2 million for the three months ended March 31, 2018 and transaction and strategic project costs of $7.7 million for the three months ended March 31, 2017.

63. On August 6, 2018, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its second quarter 2018 ("2Q18") financial results, which stated:

> **Brookdale Announces Second Quarter 2018 Results**
>
> NASHVILLE, Tenn., Aug. 6, 2018 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended June 30, 2018.
>
> * * *
>
> The Company reported net loss of $165.5 million for the three months ended June 30, 2018, compared to net loss of $46.3 million for the second quarter of 2017 and net loss of $457.2 million for the first quarter of 2018. Net cash provided by operating activities was $60.6 million for the second quarter of 2018, a decrease of $73.1 million compared to the second quarter of 2017 and a sequential increase of $22.7 million from the first quarter of 2018. Adjusted EBITDA(1) was $142.2 million for the second quarter of 2018, a decrease of $18.1 million from the second

quarter of 2017 and a sequential increase of $12.2 million from the first quarter of 2018. Excluding transaction and organizational restructuring costs of $5.0 million and $17.2 million for the second and first quarters of 2018, respectively, Adjusted EBITDA was $147.2 million for the second quarter of 2018, a slight increase from the first quarter of 2018. Adjusted Free Cash Flow(1) was $12.4 million for the second quarter of 2018, a decrease of $28.2 million compared to the second quarter of 2017 and a sequential increase of $6.9 million from the first quarter of 2018. Brookdale's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures was $5.8 million for the second quarter of 2018, compared to $7.9 million for the second quarter of 2017.

Lucinda ("Cindy") Baier, Brookdale's President and CEO, said "We are making significant progress on our turnaround strategy. In the second quarter, we announced mutually beneficial agreements with Ventas and Welltower and continued to advance our owned real estate strategy. Operationally, I am especially pleased that we reduced controllable move outs and we saw occupancy turn slightly positive from May into June. Financially, we delivered sequential improvement in Adjusted EBITDA and Adjusted Free Cash Flow."

(1) Adjusted EBITDA and Adjusted Free Cash Flow are financial measures that are not calculated in accordance with GAAP. See "Reconciliation of Non-GAAP Financial Measures" below for the Company's definitions of such financial measures, reconciliations of such measures to their most comparable GAAP financial measures and other important information regarding the use of the Company's non-GAAP financial measures. Prior period amounts of Adjusted Free Cash Flow presented herein have been recast to conform to the new presentation of cash flows following the Company's adoption of ASU 2016-15 effective on January 1, 2018.

**<u>Second Quarter Financial Results</u>**

Total revenue for the second quarter of 2018 was $1.16 billion compared to $1.19 billion for the prior year period. Resident fees were $896.0 million for the second quarter of 2018, a decrease of 4.1% from the second quarter of 2017. The decrease in resident fees was primarily a result of the disposition of 94 communities (9,920 units) through asset sales and lease terminations since the beginning of the prior year period. Second quarter RevPAR for the consolidated senior housing portfolio was $3,948, an increase of 1.9% from the second quarter of 2017, due to a year-over-year increase in RevPOR of 2.4%, which was partially offset by a decrease in weighted average unit occupancy of 50 basis points. See "Definitions of RevPAR and RevPOR" below for the Company's definitions of such terms.

Facility operating expenses for the second quarter of 2018 were $627.1 million, a decrease of 2.4% from the second quarter of 2017. The decrease in facility operating expenses was primarily due to disposition activity, through asset sales and lease terminations, partially offset by an increase in same community labor

expense. Combined segment operating margin was 31.3% for the second quarter of 2018 versus 32.8% for the second quarter of 2017.

Net loss for the second quarter of 2018 was $165.5 million, versus a net loss of $46.3 million for the second quarter of 2017. The second quarter 2018 net loss included a $146.5 million loss on lease termination and modification for the lease restructuring and termination transactions completed during the quarter.

Weighted average shares outstanding were 187.6 million for the second quarter of 2018 compared with weighted average shares outstanding of 186.2 million for the prior year quarter.

Net cash provided by operating activities for the second quarter of 2018 was $60.6 million, a decrease of $73.1 million compared with the second quarter of 2017, driven primarily by cash payments to terminate community operating leases.

* * *

Senior Housing

Revenue for the consolidated senior housing portfolio was $786.1 million for the second quarter of 2018, a decrease of 4.6% from the second quarter of 2017. Facility operating expenses were $527.4 million for the second quarter of 2018, a decrease of 3.3% from the second quarter of 2017. Operating income for the consolidated senior housing portfolio decreased by 7.1% from the second quarter of 2017, to $258.7 million for the second quarter of 2018. The decrease in operating income during the three months ended June 30, 2018 was primarily due to an increase in same community operating expenses driven by an increase in labor expense. RevPAR increased 1.9% for the second quarter of 2018 compared to the second quarter of 2017. RevPOR increased 2.4% for the second quarter of 2018 compared to the second quarter of 2017 and occupancy decreased by 50 basis points.

Same community revenue for the consolidated senior housing portfolio for the second quarter of 2018 decreased 0.3% from the corresponding period in 2017. Same community RevPAR decreased 0.2% in the second quarter of 2018 from the second quarter of 2017, due to a decline in weighted average unit occupancy of 100 basis points, which was partially offset by an increase in same community RevPOR of 0.9%. Sequentially, same community weighted average unit occupancy for the consolidated senior housing portfolio decreased 50 basis points to 84.3% from the first quarter of 2018. Same community facility operating expenses for the second quarter of 2018 increased by 3.2% over the second quarter of 2017, driven primarily by an increase in community labor expense. As a result, same community operating income for the consolidated senior housing portfolio for the second quarter of 2018 decreased by 6.6% from the second quarter of 2017, to $243.7 million.

* * *

**2018 Outlook**

> Based on the impact of transactions with Welltower entered into following the Company's issuing guidance in May 2018, the Company is updating its full-year 2018 expectations for Adjusted EBITDA, excluding transaction and organizational restructuring costs, to a range of $535 million to $565 million. This updated range reflects the estimated approximately $10 million impact to Adjusted EBITDA resulting from such transactions.
>
> The Company reiterates its full-year 2018 guidance for Adjusted Free Cash Flow in a range of $10 million to $30 million and expects full-year amounts of transaction and organizational restructuring costs and non-development capital expenditures to be in line with the previously issued guidance.
>
> The Company also reiterates its full-year 2018 guidance for the Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures in a range of $10 million to $20 million.

64. On August 7, 2018, the Individual Defendants caused Brookdale to file with the SEC its 2Q18 Quarterly Report on Form 10-Q for the period ended June 30, 2018, which stated:

> As of June 30, 2018, we are the largest operator of senior living communities in the United States based on total capacity, with 988 communities in 46 states and the ability to serve approximately 95,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.
>
> We believe that we operate in the most attractive sectors of the senior living industry, and our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. Our community and service offerings combine housing, health care, hospitality, and ancillary services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (ADL) such as eating, bathing, dressing, toileting and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place," which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives. With our platform of a range of

community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time.

***Leadership and Our Strategy***

During the first quarter of 2018, the Company's Board of Directors made several changes to our key leadership. Effective February 28, 2018, Lucinda M. Baier, who had served as our Chief Financial Officer since 2015, was appointed as our President and Chief Executive Officer and member of the Board of Directors, at which time the employment of our former President and Chief Executive Officer was terminated. In addition, the employment of our former Executive Vice President and Chief Administrative Officer was terminated effective March 9, 2018. Ms. Baier continued to serve as our principal financial officer until Teresa F. Sparks was appointed as our interim Chief Financial Officer effective March 28, 2018.

For 2018, we have re-evaluated and redefined our strategic priorities, which are now focused on our three primary stakeholders: our stockholders, our associates, and, always at our foundation, our residents, patients and their families. Through our redefined strategy, we intend to provide attractive long-term returns to our stockholders; attract, engage, develop and retain the best associates; and earn the trust and endorsements of our residents, patients and their families.

- *Stockholders*. Our stockholders' continued investment in us allows us to advance our mission to our residents and their families. Therefore we believe we must balance our mission with an emphasis on margin. With this strategic priority, we intend to take actions to provide long-term returns to our stockholders by focusing on growing RevPAR, Adjusted EBITDA and Adjusted Free Cash Flow.

- *Associates*. Brookdale's culture is based on servant leadership, and our associates are the key to attracting and caring for residents and creating value for all of our stakeholders. Through this strategic priority, we intend to create a compelling value proposition for our associates in the areas of compensation, leadership, career growth and meaningful work. In 2017, we took the first corrective steps by investing in community leaders, and in 2018 we are extending this plan deeper in the communities.

- *Residents, Patients and Their Families*. Brookdale continues to be driven by its mission—to enrich the lives of those we serve with compassion, respect, excellence and integrity—and we believe this continued focus is essential to create value for all of our stakeholders. This strategic priority includes enhancing our organizational alignment to foster an environment where our associates can focus on providing valued, high quality care and personalized service. We intend to win locally through our targeted sales and marketing efforts by differentiating our community and service

offerings based on quality, a portfolio of choices, and personalized service delivered by caring associates.

We believe that our successful execution on these strategic priorities will allow us to achieve our goal to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer.

As part of our redefined strategy, we plan to continue to evaluate and, where opportunities arise, pursue lease restructurings, development and acquisition opportunities, including selectively acquiring existing operating companies, senior living communities, and ancillary services companies. Any such restructurings or acquisitions may be pursued on our own, or through investments in ventures. In addition, we intend to continue to evaluate our owned and leased community portfolios for opportunities to dispose of owned communities and terminate leases. As part of this evaluation, during 2018 we have entered into significant lease restructuring and termination transactions with two of our largest lessors. In addition, we are executing on our plan to market in 2018 and sell 28 owned communities, which we believe will generate more than $250 million of proceeds, net of associated debt and transaction costs. Two of such communities are included in assets held for sale as of June 30, 2018.

* * *

During the six months ended June 30, 2018, total revenues were $2.3 billion, a decrease of $60.8 million, or 2.5%, over our total revenues for the six months ended June 30, 2017. Resident fees for the six months ended June 30, 2018 decreased $148.8 million, or 7.6%, from the six months ended June 30, 2017. Management fees decreased $2.6 million, or 6.7%, from the six months ended June 30, 2017, and reimbursed costs incurred on behalf of managed communities increased $90.5 million, or 21.9%. The decrease in resident fees during the six months ended June 30, 2018 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted average occupancy at the 758 communities we owned or leased during both full six month periods decreased 110 basis points to 84.6%. The decrease in resident fees at the 758 communities we owned or leased during both full six month periods was partially offset by a 1.0% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year six month period.

During the six months ended June 30, 2018, facility operating expenses were $1.3 billion, a decrease of $57.5 million, or 4.4%, compared to the six months ended June 30, 2017. The decrease in facility operating expenses was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expenses increased $42.1 million, or 4.5%, at the 758 communities we owned or leased during both full six month periods, primarily due to an increase in labor expense arising from wage rate increases.

> Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the six months ended June 30, 2018 was $(622.7) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(172.6) million for the six months ended June 30, 2017. Net income (loss) for the six months ended June 30, 2018 was $(622.7) million as compared to net income (loss) of $(172.7) million for the six months ended June 30, 2017. During the six months ended June 30, 2018, our Adjusted EBITDA was $272.2 million, a decrease of 24.1% compared to the six months ended June 30, 2017. The decrease in Adjusted EBITDA is primarily due to increases in community labor expense at the communities operated during both full periods and disposition activity, through asset sales and lease terminations, since the beginning of the prior year period.
>
> During the six months ended June 30, 2018, net cash provided by operating activities was $98.6 million, a decrease of $101.9 million, or 50.8%, over our net cash provided by operating activities for the six months ended June 30, 2017. During the six months ended June 30, 2018, our Adjusted Free Cash Flow was $17.8 million, a decrease of 82.8% when compared to the six months ended June 30, 2017.
>
> Adjusted EBITDA and Adjusted Free Cash Flow include transaction and organizational restructuring costs of $22.2 million for the six months ended June 30, 2018 and transaction and strategic project costs of $11.6 million for the six months ended June 30, 2017.

65. On November 5, 2018, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its third quarter 2018 ("3Q18") financial results, which stated:

> **Brookdale Announces Third Quarter 2018 Results**
>
> NASHVILLE, Tenn., Nov. 5, 2018 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended September 30, 2018.
>
> * * *
>
> Lucinda ("Cindy") Baier, Brookdale's President and CEO, said "For the third quarter on a sequential basis, we were pleased to have outperformed the industry in occupancy growth. On a year-over-year basis, senior housing RevPAR improved 2.9%, driven by our Retirement Centers improvements of 5.8% in RevPAR and 190 bps in occupancy. The Retirement Centers outperformed the industry and benefited from our community portfolio optimization. While the industry will

continue to face headwinds from oversupply and a tight labor market, we remain focused on improving what we control. We are executing our turnaround strategy and making investments in our associates to build the best team in the industry. We believe that this strategy will allow us to deliver our mission to more seniors and provide long-term value to our shareholders.

I am especially grateful to our associates who cared for our residents during Hurricanes Florence and Michael. While we had four communities with extensive property damage and multiple other communities with minor damage, the most important thing is that we were able to keep our residents safe during two storms that caused such devastation."

**Third Quarter Financial Results**

Total revenue for the third quarter of 2018 was $1.12 billion compared to $1.18 billion for the prior year period. Resident fees decreased 9.0% from the third quarter of 2017 to $840.2 million primarily due to the disposition of 104 communities (10,743 units) through asset sales and lease terminations since the beginning of the prior year period. Facility operating expense for the third quarter of 2018 decreased 6.7% from the third quarter of 2017 to $607.1 million primarily due to such disposition activity. General and administrative expense decreased 10.1% from the third quarter of 2017 to $57.3 million primarily due to a decrease in corporate headcount as a result of organizational restructuring in the current year. Net loss for the third quarter of 2018 was $37.1 million, versus a net loss of $413.9 million for the third quarter of 2017. Net loss for the prior year quarter included $368.6 million of goodwill and asset impairment. Weighted average shares outstanding were 187.7 million for the third quarter of 2018 compared with weighted average shares outstanding of 186.3 million for the prior year quarter.

Net cash provided by operating activities for the third quarter of 2018 was $71.9 million, a decrease of $21.9 million compared with the third quarter of 2017.

* * *

Senior Housing

Revenue for the consolidated senior housing portfolio was $731.9 million for the third quarter of 2018, a decrease of 9.9% from the third quarter of 2017. Facility operating expense was $508.3 million for the third quarter of 2018, a decrease of 7.6% from the third quarter of 2017. Operating income for the consolidated senior housing portfolio decreased by 14.8% from the third quarter of 2017, to $223.6 million for the third quarter of 2018. These decreases were primarily due to the disposition of 104 communities since the beginning of the prior year period. RevPAR increased 2.9% for the third quarter of 2018 compared to the third quarter of 2017. RevPOR increased 3.6% for the third quarter of 2018 compared to the third quarter of 2017 and occupancy decreased by 60 basis points. The increases

to RevPAR and RevPOR were primarily due to the disposition of communities with lower RevPOR since the beginning of the prior year period.

Same community revenue for the consolidated senior housing portfolio for the third quarter of 2018 increased 0.2% from the corresponding period in 2017. Same community RevPAR increased 0.2% in the third quarter of 2018 from the third quarter of 2017 due to an increase in same community RevPOR of 1.3%, which was partially offset by a decline in weighted average unit occupancy of 90 basis points. Sequentially, same community weighted average unit occupancy for the consolidated senior housing portfolio increased 20 basis points to 84.5% from the second quarter of 2018. Same community facility operating expense for the third quarter of 2018 increased by 4.5% over the third quarter of 2017, driven primarily by an increase in community labor expense. As a result, same community operating income for the consolidated senior housing portfolio for the third quarter of 2018 decreased by 8.2% from the third quarter of 2017, to $213.0 million, with operating margin decreasing to 31.0% from 33.9% for the third quarter of 2017.

* * *

**<u>2018 Outlook</u>**

The Company is tightening its full-year 2018 expectations for Adjusted EBITDA, excluding transaction and organizational restructuring costs, to a range of $535 million to $550 million and Adjusted Free Cash Flow to a range of $10 million to $20 million and expects full-year amounts of transaction and organizational restructuring costs to be approximately $35 million. The Company expects full-year non-development capital expenditures to be approximately $180 million.

The Company is increasing its full-year 2018 guidance for the Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures to a range of $20 million to $25 million.

The foregoing guidance includes the impact of transactions closed prior to the date hereof and the expected impact of the Company's planned transactions, including plans to dispose of 32 communities classified as held for sale as of September 30, 2018, plans to market in 2018 and sell an additional seven communities, expected terminations of management agreements, and financing activities described in this press release, and such expectations are based on the Company's estimates regarding the timing of the closings of such transactions. Except for the foregoing transactions, the Company's guidance excludes the impact of any future acquisition, disposition or financing activity.

Reconciliations of the non-GAAP financial measures included in the foregoing guidance to the most comparable GAAP financial measures are not available without unreasonable effort due to the inherent difficulty in forecasting the timing or amounts of items required to reconcile Adjusted EBITDA, Adjusted Free Cash Flow and the Company's proportionate share of Adjusted Free Cash Flow of

> unconsolidated ventures from the Company's net income (loss), the Company's net cash provided by (used in) operating activities and the unconsolidated ventures' net cash provided by (used in) operating activities, as applicable. Variability in the timing or amounts of items required to reconcile each measure may have a significant impact on the Company's future GAAP results.

66. On November 6, 2018, the Individual Defendants caused Brookdale to file with the SEC its 3Q18 Quarterly Report on Form 10-Q for the period ended September 30, 2018, which stated:

> As of September 30, 2018, we are the largest operator of senior living communities in the United States based on total capacity, with 961 communities in 46 states and the ability to serve approximately 93,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate independent living, assisted living and dementia-care communities and continuing care retirement centers ("CCRCs"). Through our ancillary services programs, we also offer a range of home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.
>
> We believe that we operate in the most attractive sectors of the senior living industry, and our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. Our community and service offerings combine housing, health care, hospitality, and ancillary services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living (ADL) such as eating, bathing, dressing, toileting and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide ancillary services, including home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to "age-in-place," which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives. With our platform of a range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time.
>
> ***Leadership and Our Strategy***
>
> During the first quarter of 2018, the Company's Board of Directors made several changes to our key leadership. Effective February 28, 2018, Lucinda M. Baier, who had served as our Chief Financial Officer since 2015, was appointed as our President and Chief Executive Officer and member of the Board of Directors, at which time the employment of our former President and Chief Executive Officer

was terminated. In addition, the employment of our former Executive Vice President and Chief Administrative Officer was terminated effective March 9, 2018. Effective September 4, 2018, Steven E. Swain joined the Company as Executive Vice President and Chief Financial Officer, replacing Teresa F. Sparks who had served as interim Chief Financial Officer since March 28, 2018.

For 2018, we have re-evaluated and redefined our strategic priorities, which are now focused on our three primary stakeholders: our stockholders, our associates, and, always at our foundation, our residents, patients and their families. Through our redefined strategy, we intend to provide attractive long-term returns to our stockholders; attract, engage, develop and retain the best associates; and earn the trust and endorsements of our residents, patients and their families.

- *Stockholders.* Our stockholders' continued investment in us allows us to advance our mission to our residents and their families. Therefore we believe we must balance our mission with an emphasis on margin. With this strategic priority, we intend to improve RevPAR, Adjusted EBITDA and Adjusted Free Cash Flow over time.

- *Associates.* Brookdale's culture is based on servant leadership, and our associates are the key to attracting and caring for residents and creating value for all of our stakeholders. Through this strategic priority, we intend to create a compelling value proposition for our associates in the areas of compensation, leadership, career growth and meaningful work. In 2017, we took the first corrective steps by investing in community leaders, and in 2018 we have extended this plan deeper in the communities.

- *Residents, Patients and Their Families*. Brookdale continues to be driven by its mission—to enrich the lives of those we serve with compassion, respect, excellence and integrity—and we believe this continued focus is essential to create value for all of our stakeholders. This strategic priority includes enhancing our organizational alignment to foster an environment where our associates can focus on providing valued, high quality care and personalized service. We intend to win locally through our targeted sales and marketing efforts by differentiating our community and service offerings based on quality, a portfolio of choices, and personalized service delivered by caring associates.

We believe that our successful execution on these strategic priorities will allow us to achieve our goal to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer.

As part of our redefined strategy, we plan to continue to evaluate and, where opportunities arise, pursue lease restructurings, development and acquisition opportunities, including selectively acquiring existing operating companies, senior living communities, and ancillary services companies. Any such restructurings or acquisitions may be pursued on our own, or through investments in ventures. In

addition, we intend to continue to evaluate our owned and leased community portfolios for opportunities to dispose of owned communities and terminate leases. As part of this evaluation, during 2018 we have entered into significant lease restructuring and termination transactions with two of our largest lessors. We also continue to execute on our plan to market in 2018 and sell 26 owned communities, 19 of which were under contract for sale and included in assets held for sale as of September 30, 2018. We believe the sale of these owned communities will generate more than $250 million of proceeds, net of associated debt and transaction costs.

* * *

During the nine months ended September 30, 2018, total revenues were $3.5 billion, a decrease of $118.7 million, or 3.3%, over our total revenues for the nine months ended September 30, 2017. Resident fees for the nine months ended September 30, 2018 decreased $231.5 million, or 8.1%, from the nine months ended September 30, 2017. Management fees decreased $2.2 million, or 3.9%, from the nine months ended September 30, 2017, and reimbursed costs incurred on behalf of managed communities increased $114.9 million, or 17.7%. The decrease in resident fees during the nine months ended September 30, 2018 was primarily due to disposition activity, through sales and lease terminations, since the beginning of the prior year period. Weighted average occupancy at the 712 communities we owned or leased during both full nine month periods decreased 100 basis points to 84.6%. The decrease in resident fees at the 712 communities we owned or leased during both full nine month periods was partially offset by a 1.0% increase in senior housing average monthly revenue per occupied unit (RevPOR) compared to the prior year nine month period.

During the nine months ended September 30, 2018, facility operating expense was $1.9 billion, a decrease of $101.1 million, or 5.1%, compared to the nine months ended September 30, 2017. The decrease in facility operating expense was primarily due to the impact of disposition activity, through sales and lease terminations, since the beginning of the prior year period. Facility operating expense increased $59.4 million, or 4.5%, at the 712 communities we owned or leased during both full nine month periods, primarily due to an increase in labor expense arising from wage rate increases.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the nine months ended September 30, 2018 was $(659.8) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(586.5) million for the nine months ended September 30, 2017. Net income (loss) for the nine months ended September 30, 2018 was $(659.9) million as compared to net income (loss) of $(586.6) million for the nine months ended September 30, 2017. During the nine months ended September 30, 2018, our Adjusted EBITDA was $397.1 million, a decrease of 20.6% compared to the nine months ended September 30, 2017. The decrease in Adjusted EBITDA is primarily due to increases in community labor expense at the communities operated

during both full periods and disposition activity, through asset sales and lease terminations, since the beginning of the prior year period.

During the nine months ended September 30, 2018, net cash provided by operating activities was $170.5 million, a decrease of $123.8 million, or 42.1%, over our net cash provided by operating activities for the nine months ended September 30, 2017. During the nine months ended September 30, 2018, our Adjusted Free Cash Flow was $24.0 million, a decrease of 80.1% when compared to the nine months ended September 30, 2017.

Adjusted EBITDA and Adjusted Free Cash Flow include transaction and organizational restructuring costs of $25.4 million for the nine months ended September 30, 2018 and transaction and strategic project costs of $14.5 million for the nine months ended September 30, 2017.

67. On February 13, 2019, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its fourth quarter 2018 ("4Q18") financial results, which stated:

**Brookdale Makes Further Progress on Turnaround Strategy Announced in Early 2018; Announces Fourth Quarter and Full Year 2018 Results**

NASHVILLE, Tenn., Feb. 13, 2019 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter and year ended December 31, 2018.

* * *

**<u>Fourth Quarter Financial Results</u>**

Total revenue for the fourth quarter of 2018 was $1.07 billion compared to $1.17 billion for the prior year period. Resident fees decreased 11.0% from the fourth quarter of 2017 to $806.8 million. The decrease was primarily due to dispositions of 137 communities (13,702 units) through asset sales and lease terminations since the beginning of the prior year period, which generated $105.3 million less revenue than the fourth quarter of 2017. Facility operating expense for the fourth quarter of 2018 decreased 7.5% from the fourth quarter of 2017 to $586.9 million primarily due to disposition activity. General and administrative expense decreased 4.8% from the fourth quarter of 2017 to $56.2 million primarily due to a decrease in headcount as a result of organizational restructuring in 2018. Net income for the fourth quarter of 2018 was $131.5 million compared to net income of $15.0 million for the fourth quarter of 2017. Net income for the fourth quarter of 2018 included a $216.7 million net gain on sale of assets, primarily for the sale of 19 communities. Net income for the fourth quarter of 2017 included a deferred income tax benefit of $64.0 million, including a benefit of $112.4 million resulting from the re-

measurement of the Company's net deferred tax liability due to the impact of the Tax Cuts and Jobs Act. Net cash provided by operating activities for the fourth quarter of 2018 was $33.5 million, a decrease of $50.6 million compared with the fourth quarter of 2017. The decrease was attributable primarily to the impact of disposition activity and an increase in facility operating expense at the communities operated during both full periods.

**Annual Financial Results**

Total revenue for the full year 2018 was $4.53 billion, a decrease of 4.5% from the prior year. The decrease was primarily due to dispositions of 219 communities (21,173 units) through asset sales and lease terminations since the beginning of the prior year, which generated $351.4 million less revenue in 2018 than the prior year. Net loss for the full year 2018 was $528.4 million, versus a net loss of $571.6 million for the full year 2017. Net loss for 2018 included $489.9 million of non-cash impairment expense, partially offset by a $293.2 million net gain on sale of assets. Net loss for 2017 included $409.8 million of non-cash impairment expense. Full year 2018 net cash provided by operating activities was $204.0 million, a decrease of $174.4 million, or 46.1% compared with the prior year. The decrease was attributable primarily to an increase in facility operating expense at communities operated during both full years, cash payments to terminate community operating leases during 2018, and the impact of disposition activity.

* * *

**2019 Outlook**

* * *

During 2018, the Company completed an intensive review of its community-level capital expenditure needs with a focus on ensuring that its communities are in appropriate physical condition to support the Company's strategy and determining what additional investments are needed to protect the value of its portfolio. As a result of that review, the Company plans to increase its community-level capital expenditures by approximately $75 million relative to 2018, primarily attributable to major building infrastructure projects. In the aggregate, the Company expects its full-year 2019 non-development capital expenditures, net of anticipated lessor reimbursements, to be approximately $250 million.

68. On February 14, 2019, the Individual Defendants caused Brookdale to file with the SEC its 2018 Annual Report on Form 10-K for the period ended December 31, 2018, which stated:

As of December 31, 2018, we are the largest operator of senior living communities in the United States based on total capacity, with 892 communities in 45 states and the ability to serve approximately 84,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living

industry. We operate and manage independent living, assisted living, memory care and continuing care retirement communities ("CCRCs"). We also offer a range of home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.

We believe that we operate in the most attractive sectors of the senior living industry, and our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. With our range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time. Our community and service offerings combine housing with hospitality and healthcare services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living ("ADL") such as eating, bathing, dressing, toileting and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide home health, hospice and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to age-in-place, which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

**Strategy**

Our strategy is to win locally by providing choices for high quality care and personalized service by caring associates while leveraging our industry-leading scale and experience. We believe that successfully executing on our strategy will improve our operations and provide attractive long-term returns to our stockholders. Our strategy is focused on three priorities:

- *Associates*. Brookdale's culture is based on servant leadership, and our associates are the key to attracting and caring for residents and patients and improving our operations. Through this strategic priority, we intend to attract, engage, develop and retain the best associates by maintaining a compelling value proposition in the areas of compensation, leadership, career growth and meaningful work. We continue to execute on our three-year plan initiated in 2017 to invest above the industry to improve our associate total rewards program and our performance management, training and development program for our community leaders and staff. We believe engaged associates lead to an enhanced resident experience and lower turnover, leading to improved operations.

- *Residents, Patients and Their Families*. Brookdale continues to be driven by its mission-to enrich the lives of those we serve with compassion, respect, excellence and integrity. We believe that earning the trust of our residents, patients and their families will allow us to build relationships that create passionate advocates and generate referrals. Through this strategic

priority, we intend to provide excellent customer service and expand referral development programs in order to earn the trust of our customers and the communities in which we operate and ultimately increase our move-ins and reduce our controllable move-outs.

- *Winning Locally and Leveraging Scale Effectively*. We intend to win locally while also leveraging our scale. With this priority, we are committed to completing our community-level capital expenditures as planned, maintaining the quality of our communities and their operations, and aligning our sales, marketing and operations teams to drive top line performance. We also are executing on plans to improve our sales process, to prioritize communities with the most opportunities for improvements and to ensure that our communities are ready for new competition.

In the near term, we plan to focus on our operations improvement and the expansion of our healthcare services to residents and seniors living outside of our communities. We also plan to make significant additional near-term investments in our communities, including increased spend attributable to major building infrastructure projects, in order to ensure that our communities are in appropriate physical condition to support our strategy and to protect the value of our community portfolio. We also plan to complete our remaining real estate transactions announced in 2018. This plan includes the terminations of management arrangements on communities that we previously leased or managed on behalf of former unconsolidated ventures and exercising our options to cause terminations of our triple-net lease obligations on communities with annual base rent of up to $35 million. We will also continue to invest in our Program Max initiative through which we expand, renovate, reposition or redevelop selected existing senior living communities.

Over the longer term, we plan to further invest for growth and opportunistically return capital to stockholders while maintaining a strong balance sheet. We plan to explore additional products and services that we may offer to our residents and, where opportunities arise, pursue development, investment and acquisition opportunities such as selective acquisitions of senior living communities and operating companies. Any such activity may be pursued on our own or through venture investments with third parties. In addition, we will continue to evaluate our owned and leased community portfolios for opportunities to better align our communities to our strategy.

We believe that our successful execution on these strategic priorities and our longer-term plans will allow us to achieve our goal to be the first choice in senior living by being the nation’s most trusted and effective senior living provider and employer.

* * *

During 2018, total revenues were $4.5 billion, a decrease of $215.7 million, or 4.5%, as compared to our total revenues for the prior year. Resident fees for 2018 decreased $330.9 million, or 8.8%, from the prior year. Management fees decreased $3.9 million, or 5.1%, from the prior year, and reimbursed costs incurred on behalf of managed communities increased $119.1 million, or 13.4%. The decrease in resident fees during 2018 was primarily due to dispositions of 219 communities through sales and lease terminations since the beginning of the prior year. The decrease in resident fees was partially offset by a 1.2% increase in senior housing average monthly revenue per occupied unit (RevPOR) at the 664 communities we owned or leased during both full years.

During 2018, facility operating expense was $2.5 billion, a decrease of $148.9 million, or 5.7%, as compared to the prior year. The decrease in facility operating expense was primarily due to the impact of disposition activity since the beginning of the prior year. Facility operating expense increased $76.8 million, or 4.6%, at the 664 communities we owned or leased during both full years, primarily due to an increase in labor expense arising from wage rate increases.

Net income (loss) attributable to Brookdale Senior Living Inc. common stockholders for the year ended December 31, 2018 was $(528.3) million, compared to net income (loss) attributable to Brookdale Senior Living Inc. common stockholders of $(571.4) million for the prior year. Net income (loss) for the year was $(528.4) million, a decrease of 7.6% compared to net income (loss) of $(571.6) million for the prior year. Net income (loss) for 2018 included $489.9 million of non-cash impairment expense, partially offset by a $293.2 million net gain on sale of assets. Net income (loss) for 2017 included $409.8 million of non-cash impairment expense. During the year ended December 31, 2018, our Adjusted EBITDA decreased by 20.2% compared to the year ended December 31, 2017. The decrease in Adjusted EBITDA was primarily due to increases in community labor expense at the communities operated during both full periods and disposition activity since the beginning of the prior year period. Adjusted EBITDA includes transaction and organizational restructuring costs of $28.1 million for the year ended December 31, 2018 and transaction and strategic project costs of $25.4 million for the year ended December 31, 2017.

During the year ended December 31, 2018, net cash provided by operating activities was $204.0 million, a decrease of $174.4 million, or 46.1%, compared to our net cash provided by operating activities for the year ended December 31, 2017. The decrease in net cash provided by operating activities was attributable primarily to cash payments to terminate community operating leases during the current year, an increase in facility operating expense at the communities operated during both full years, and the impact of disposition activity. During the year ended December 31, 2018, our Adjusted Free Cash Flow was $19.8 million, a decrease of 81.9% compared to the year ended December 31, 2017.

69. On May 6, 2019, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its first quarter 2019 ("1Q19") financial results, which stated:

> **Brookdale Announces First Quarter 2019 Results**
>
> NASHVILLE, Tenn., May 6, 2019 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended March 31, 2019.
>
> * * *
>
> Lucinda ("Cindy") Baier, Brookdale's President and CEO, said "One of our top priorities in our turnaround strategy is improving our sales cycle. In the first quarter, we saw sequential improvement in leads, first visits, and move-ins. We are positioning Brookdale for the long-term by driving same community revenue growth. Rate increases more than offset the normal first quarter trend of lower occupancy. We continue to make progress on our real estate strategy to reposition our portfolio to win locally. In the first quarter, we transitioned 48 previously-identified communities to new owners and operators. Also, I'm pleased to announce that we complemented our senior leadership team with the hiring of three amazing new leaders who will lead Human Resources, Sales, and Hospice. I'm confident these new additions to our leadership team will hit the ground running and have a positive impact on our business."
>
> * * *
>
> <u>Summary of First Quarter Results</u>
>
> - **Transactions and lease standard impact:**
>   - Since the beginning of the prior year period, the Company completed dispositions, through sales and lease terminations, of 118 communities (11,402 units) and acquired six communities (995 units) that were previously leased or managed.
>   - The Company transitioned management arrangements on 65 net communities since the beginning of the prior year period, generally for interim management arrangements on formerly leased or owned communities and management arrangements on certain former unconsolidated ventures in which it sold its interest.
>   - The Company adopted the new lease accounting standard (ASC 842) effective January 1, 2019. Adoption of the new lease standard and its application to residency agreements and costs related thereto resulted in the recognition of additional non-cash resident fees and facility operating expense for the first quarter of 2019, for a non-cash net impact of negative $6.4 million to net income (loss) and Adjusted EBITDA. For the full year 2019, the Company expects

the non-cash net impact of such adoption and its application to residency agreements and costs related thereto to be negative $27 million to net income (loss) and Adjusted EBITDA.

- To aid in comparability between periods, presentations in this press release of the Company's results on a same community basis and RevPAR and RevPOR exclude the impact of the adoption of the new lease accounting standard and its application to the Company's residency agreements and costs related thereto.

- **Resident fee and management fee revenue**:
  - Excluding the impact of transactions and the new lease accounting standard, resident fee and management fee revenue increased 1.4% over the prior year quarter due to a 3.1% increase in same community RevPOR primarily as the result of in-place rent increases partially offset by a 120 basis point decrease in same community occupancy.
  - First quarter 2019 consolidated RevPAR increased $119, or 3.0%, to $4,102 compared to the first quarter of the prior year as a result of an increase in consolidated RevPOR of $192, or 4.1%, to $4,909 and a decrease in consolidated occupancy of 80 basis points to 83.6% compared to the first quarter of the prior year.

- **Facility operating expense**:
  - Excluding the impact of transactions and the new lease accounting standard, facility operating expense increased $20.0 million, or 3.6%, primarily due to an increase in labor expense attributable to wage rate increases, increased use of overtime and contract labor, and intentional above industry investment in salaries and benefits.
  - Other facility operating expense also contributed to the increase as a result of investments in marketing and advertising, property remediation, and higher insurance premiums.

- **Net income (loss)**:
  - The improvement was primarily attributable to a decrease in goodwill and asset impairment expense of $430.0 million, partially offset by a decrease in net gain on sale of assets of $44.1 million.
  - General and administrative expense of $56.3 million for the first quarter of 2019 represents a $25.1 million, or 31%, decrease from the prior year quarter, primarily due to $16.7 million less in transaction and organizational restructuring costs and $2.1 million less in non-cash stock-based compensation expense. Excluding such costs, general and administrative expense decreased $6.4 million, or 11.4%, on a year-over-year basis.

* * *

<u>Same Community Senior Housing (IL, AL/MC, and CCRCs)</u>

- **Resident fees**:
  - The year-over-year increase was primarily attributable to the increase in RevPAR, comprised of the increase in RevPOR partially offset by the 120 basis point decrease in same community weighted average occupancy. The increase in RevPOR was primarily the result of in-place rent increases compared to the prior year quarter.
  - The sequential decrease in weighted average occupancy reflects oversupply pressures from competition that entered the market over the past several years.
- **Facility operating expense**:
  - The year-over-year increase was primarily due to a 4.1% increase in labor expense arising from wage rate increases, increased use of overtime and contract labor, and intentional above industry investment in salaries and benefits.
  - Other operating expense increased 5.1% year-over-year quarter mainly due to investments in marketing and advertising, property remediation, and higher insurance premiums.

* * *

**2019 OUTLOOK**

Based on results year-to-date, the Company reiterates its full year 2019 guidance:

| ($ in millions) | Full Year 2019 Guidance |
|---|---|
| Adjusted EBITDA | $400 - $425 |
| Adjusted Free Cash Flow | ($100) - ($80) |
| Non-Development Capital Expenditures | Approx. $250 |
| The Company's proportionate share of Adjusted EBITDA of unconsolidated ventures | $30 - $40 |
| The Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures | $10 - $20 |

70. On May 7, 2019, the Individual Defendants caused Brookdale to file with the SEC its 1Q19 Quarterly Report on Form 10-Q for the period ended March 31, 2019, which stated:

> As of March 31, 2019, we are the largest operator of senior living communities in the United States based on total capacity, with 844 communities in 45 states and the ability to serve approximately 80,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate and manage independent living, assisted living, memory care, and continuing care retirement communities ("CCRCs"). We also offer a range of home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.
>
> Our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. With our range of community

and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time. Our community and service offerings combine housing with hospitality and healthcare services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living such as eating, bathing, dressing, toileting, and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to age-in-place, which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

**Recent Transaction Activity and Impact to Results of Operations**

During 2017 and 2018 we undertook an initiative to optimize our community portfolio under which we disposed of owned and leased communities and restructured leases in order to simplify and streamline our business, to increase the quality and durability of our cash flow, to improve our liquidity, and to reduce our debt and lease leverage. Further, in 2018 we evaluated our owned-community portfolio for opportunities to monetize select high-value communities.

As a result of these initiatives and other transactions, during the period of January 1, 2018 to March 31, 2019 we disposed of an aggregate of 28 owned communities (2,304 units). We also entered into agreements with Ventas, Inc. ("Ventas") and Welltower Inc. ("Welltower") and continued to execute on our transactions with HCP, Inc. ("HCP") announced in 2017, which together restructured a significant portion of our triple-net lease obligations with our largest lessors. As a result of such transactions, as well as other lease expirations and terminations, our triple-net lease obligations on an aggregate of 90 communities (9,098 units) were terminated during the period from January 1, 2018 to March 31, 2019. During this period we also sold our ownership interests in six unconsolidated ventures and acquired six communities that we previously leased or managed. Such transactions significantly affect the comparability of our results of operations, and summaries of such transactions and their impact on our results of operations are below. See also Note 4 to the condensed consolidated financial statements contained in Part I, Item 1 of this Quarterly Report on Form 10-Q for more information about the transactions.

As of March 31, 2019, we owned 338 communities (31,397 units), leased 342 communities (24,551 units), managed 18 communities (7,422 units) on behalf of unconsolidated ventures, and managed 146 communities (16,320 units) on behalf of third parties. During the next 12 months, we expect to close on the dispositions of seven owned communities (1,119 units) classified as held for sale as of March 31, 2019 and we anticipate terminations of certain of our management arrangements with third parties as we transition to new operators our interim management on formerly leased communities and our management on certain

former unconsolidated ventures in which we sold our interest. The closings of the various pending and expected transactions are, or will be, subject to the satisfaction of various closing conditions, including (where applicable) the receipt of regulatory approvals. However, there can be no assurance that the transactions will close or, if they do, when the actual closings will occur.

* * *

As of March 31, 2019 our total operations included 844 communities with a capacity to serve approximately 80,000 residents. As of that date we owned 338 communities (31,397 units), leased 342 communities (24,551 units), managed 18 communities (7,422 units) on behalf of unconsolidated ventures, and managed 146 communities (16,320 units) on behalf of third parties. The following discussion should be read in conjunction with our condensed consolidated financial statements and the related notes, which are included in Part I, Item 1 of this Quarterly Report on Form 10-Q. The results of operations for any particular period are not necessarily indicative of results for any future period. Transactions completed during the period of January 1, 2018 to March 31, 2019 significantly affect the comparability of our results of operations, and summaries of such transactions and their impact on our results of operations are above under "Recent Transaction Activity and Impact to Results of Operations."

This section uses the operating measures defined below. Our adoption and application of the new lease accounting standard under ASC 842 to our residency agreements and costs related thereto effective January 1, 2019 has resulted for the first quarter 2019, and will result for remaining 2019 periods, in our recognition of additional resident fee revenue and facility operating expense, which is non-cash and is non-recurring in future years. To aid in comparability between periods, presentations of our results on a same-community basis and RevPAR and RevPOR exclude the impact of the lease accounting standard.

- Operating results and data presented on a **same community basis** reflect results and data of the same store communities (utilizing our methodology for determining same store communities) and, for the 2019 period, exclude the additional resident fee revenue and facility operating expense recognized as a result of application of the new lease accounting standard under ASC 842.

- **RevPAR**, or average monthly senior housing resident fee revenue per available unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of the new lease accounting standard under ASC 842), divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period.

- **RevPOR**, or average monthly senior housing resident fee revenue per occupied unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of the new lease accounting standard under ASC 842), divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.

> This section includes the non-GAAP performance measure Adjusted EBITDA. See "Non-GAAP Financial Measures" below for our definition of the measure and other important information regarding such measure, including reconciliations to the most comparable GAAP measures. During the first quarter of 2019, we modified our definition of Adjusted EBITDA to exclude transaction and organizational restructuring costs, and amounts for all periods herein reflect application of the modified definition.

71. On August 5, 2019, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its second quarter 2019 ("2Q19") financial results, which stated:

**Brookdale Announces Second Quarter 2019 Results**

> NASHVILLE, Tenn., Aug. 5, 2019 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended June 30, 2019.

* * *

> Lucinda ("Cindy") Baier, Brookdale's President and CEO, said "This quarter is continuing evidence that we are building positive momentum and are making progress on our strategy to turn around Brookdale. Same community move-ins showed positive year-over-year growth and sequential occupancy growth in May, earlier than the past few years. Compared to last year, for the quarter and year-to-date, revenue grew for all three of our Senior Housing segments on a same community basis and also for our Health Care Services. In addition to our financial successes, total company associate turnover improved 5% in the second quarter, compared to last year. We are improving our operations in advance of the approaching demographic tailwind, and I am confident that we are executing on the right strategy to provide Brookdale shareholders with long term value."

* * *

Summary of Second Quarter Results - Consolidated

- **Transactions and lease standard impact**:
  - Since April 1, 2018, the Company completed dispositions, through sales and lease terminations, of 124 communities (11,860 units).
  - The Company transitioned management arrangements on 80 net communities since April 1, 2018, generally for interim management arrangements on formerly leased or owned communities and management arrangements on certain former unconsolidated ventures in which it sold its interest.
  - The Company adopted the new lease accounting standard (ASC 842) effective January 1, 2019. Adoption of the new lease standard and its application to residency agreements and costs related thereto resulted in the recognition of additional non-cash resident fees and facility operating expense for the second quarter of 2019, for a non-cash net impact of negative $6.5 million to net income (loss) and Adjusted EBITDA. For the full year 2019, the Company expects the non-cash net impact of such adoption and its application to residency agreements and costs related thereto to be negative $27 million to net income (loss) and Adjusted EBITDA.
  - To aid in comparability between periods, presentations in this press release of the Company's results on a same community basis and RevPAR and RevPOR exclude the impact of the adoption of the new lease accounting standard and its application to the Company's residency agreements and costs related thereto.
- **Resident fee and management fee revenue:**
  - Excluding the impact of transactions and the new lease accounting standard, resident fee and management fee revenue increased 2.4% over the prior year quarter primarily due to a 3.3% increase in same community RevPOR, partially offset by a 110 basis point decrease in same community occupancy.
  - Second quarter 2019 consolidated RevPAR increased $149, or 3.8%, to $4,097 compared to the second quarter of the prior year as a result of an increase in consolidated RevPOR of $217, or 4.6%, to $4,909 and a decrease in consolidated occupancy of 60 basis points to 83.5% compared to the second quarter of the prior year.
- **Facility operating expense**:
  - Excluding the impact of transactions and the new lease accounting standard, facility operating expense increased $31.5 million, or 5.8%, primarily due to an increase in labor expense attributable to wage rate increases and increased use of overtime.
  - Other facility operating expense also contributed to the increase as a result of investments in marketing and advertising, property remediation, and higher insurance premiums.
- **Net income (loss)**:
  - The improvement was primarily attributable to a loss on facility lease termination and modification in the second quarter of the prior year of $146.5 million, partially offset by a decrease in net gain on sale of assets of $20.5 million.

- General and administrative expense of $57.6 million for the second quarter of 2019 represents a $5.3 million, or 8.5%, decrease from the prior year quarter, primarily due to $4.4 million less in transaction and organizational restructuring costs and $0.2 million less in non-cash stock-based compensation expense. Excluding such costs, general and administrative expense decreased $0.7 million, or 1.4%, on a year-over-year basis.

* * *

Same Community Senior Housing (IL, AL/MC, and CCRCs)

- **Resident fees**:
  - The year-over-year increase was primarily attributable to the increase in RevPAR, comprised of the increase in RevPOR partially offset by the 110 basis point decrease in same community weighted average occupancy. The increase in RevPOR was primarily the result of in-place rent increases compared to the prior year quarter.
  - The sequential decrease in weighted average occupancy reflects oversupply pressures from competition that entered the market over the past several years. Occupancy grew in the middle of the quarter, earlier than the Company's recent seasonal occupancy pattern.
- **Facility operating expense**:
  - The year-over-year increase was primarily due to a 5.2% increase in labor expense arising from wage rate increases and increased use of overtime.
  - Other operating expense increased 6.3% year-over-year mainly due to investments in marketing and advertising, property remediation, and higher insurance premiums.

* * *

**2019 OUTLOOK**

Based on results year-to-date, the Company reiterates its full year 2019 guidance:

| ($ in millions) | Full Year 2019 Guidance |
|---|---|
| Adjusted EBITDA | $400 - $425 |
| Adjusted Free Cash Flow | ($100) - ($80) |
| Non-development capital expenditures | Approx. $250 |
| The Company's proportionate share of Adjusted EBITDA of unconsolidated ventures | $30 - $40 |
| The Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures | $10 - $20 |

72. On August 6, 2019, the Individual Defendants caused Brookdale to file with the SEC its 2Q19 Quarterly Report on Form 10-Q for the period ended June 30, 2019, which stated:

As of June 30, 2019, we are the largest operator of senior living communities in the United States based on total capacity, with 809 communities in 45 states and the ability to serve approximately 77,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate and manage independent living, assisted living, memory care, and continuing care retirement communities ("CCRCs"). We also offer a range of home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.

Our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. With our range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time. Our community and service offerings combine housing with hospitality and healthcare services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living such as eating, bathing, dressing, toileting, and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to age-in-place, which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

**Community Portfolio**

As of June 30, 2019, we owned 336 communities (31,165 units), leased 335 communities (24,044 units), managed 17 communities (7,306 units) on behalf of unconsolidated ventures, and managed 121 communities (14,145 units) on behalf of third parties. During the next 12 months, we expect to close on the dispositions of five owned communities (889 units) classified as held for sale as of June 30, 2019, which resulted in $46.3 million being recorded as assets held for sale and $18.5 million of mortgage debt being included in the current portion of long-term debt within the condensed consolidated balance sheet with respect to such communities. This debt is expected to be repaid with the proceeds from the sales. Assets held for sale as of June 30, 2019 include five communities under contract, and we continue to market several other communities, as part of our real estate strategy announced in 2018. During the next 12 months we also anticipate terminations of certain of our management arrangements with third parties as we transition to new operators our interim management on formerly leased communities and our management on certain former unconsolidated ventures in which we sold our interest. The closings of the various pending and expected transactions are, or will be subject to the satisfaction of various closing conditions, including (where applicable) the receipt of regulatory approvals. However, there can be no assurance that the transactions will close or, if they do, when the actual closings will occur.

*  *  *

**Results of Operations**

As of June 30, 2019 our total operations included 809 communities with a capacity to serve approximately 77,000 residents. As of that date we owned 336 communities (31,165 units), leased 335 communities (24,044 units), managed 17 communities (7,306 units) on behalf of unconsolidated ventures, and managed 121 communities (14,145 units) on behalf of third parties. The following discussion should be read in conjunction with our condensed consolidated financial statements and the related notes, which are included in Part I, Item 1 of this Quarterly Report on Form 10-Q. The results of operations for any particular period are not necessarily indicative of results for any future period. Transactions completed during the period of January 1, 2018 to June 30, 2019 significantly affect the comparability of our results of operations, and summaries of such transactions and their impact on our results of operations are above under "Recent Transaction Activity and Impact to Results of Operations."

This section uses the operating measures defined below. Our adoption and application of the new lease accounting standard has impacted our results for the three and six months ended June 30, 2019, and will impact our results for the remaining 2019 periods, due to our recognition of additional resident fee revenue and facility operating expense, which is non-cash and is non-recurring in future years. To aid in comparability between periods, presentations of our results on a same community basis and RevPAR and RevPOR exclude the impact of the lease accounting standard.

- Operating results and data presented on a ***same community basis*** reflect results and data of the same store communities (utilizing our methodology for determining same store communities) and, for the 2019 period, exclude the additional resident fee revenue and facility operating expense recognized as a result of application of the new lease accounting standard under ASC 842.

- **RevPAR**, or average monthly senior housing resident fee revenue per available unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of the new lease accounting standard under ASC 842), divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period.

- **RevPOR**, or average monthly senior housing resident fee revenue per occupied unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional

> resident fee revenue recognized as a result of the application of the new lease accounting standard under ASC 842), divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.
>
> This section includes the non-GAAP performance measure Adjusted EBITDA. See "Non-GAAP Financial Measures" below for our definition of the measure and other important information regarding such measure, including reconciliations to the most comparable GAAP measures. During the first quarter of 2019, we modified our definition of Adjusted EBITDA to exclude transaction and organizational restructuring costs, and amounts for all periods herein reflect application of the modified definition.

73. On November 4, 2019, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its third quarter 2019 ("3Q19") financial results, which stated:

> **Brookdale Announces Third Quarter 2019 Results**
>
> NASHVILLE, Tenn., Nov. 4, 2019 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter ended September 30, 2019.
>
> * * *
>
> Lucinda ("Cindy") Baier, Brookdale's President and CEO, said, "Our efforts are geared toward accelerating operational improvement to deliver strong long-term financial performance. Within this strategy, the first priority was to drive topline growth, and I'm extremely pleased that the investments we made drove great sequential occupancy growth and translated into strong senior housing revenue. Today we are also outlining the building blocks of our five-year strategic plan that ultimately sets Brookdale up for industry-leading long-term growth."
>
> * * *
>
> <u>Summary of Third Quarter Results - Consolidated</u>
>
> - **Transactions and lease standard impact**:
>   - Since July 1, 2018, the Company completed dispositions, through sales and lease terminations, of 77 communities (6,596 units).
>   - The Company transitioned management arrangements on 117 net communities since July 1, 2018, generally for interim management arrangements on formerly leased or owned communities and management arrangements on certain former unconsolidated ventures in which it sold its interest.

- The Company adopted the new lease accounting standard (ASC 842) effective January 1, 2019. Adoption of the new lease standard and its application to residency agreements and costs related thereto resulted in the recognition of additional non-cash resident fees and facility operating expense for the third quarter of 2019, for a non-cash net impact of negative $6.0 million to net income (loss) and Adjusted EBITDA. For the full year 2019, the Company expects the non-cash net impact of such adoption and its application to residency agreements and costs related thereto to be approximately negative $27 million to net income (loss) and Adjusted EBITDA.
- To aid in comparability between periods, presentations in this press release of the Company's results on a same community basis and RevPAR and RevPOR exclude the impact of the adoption of the new lease accounting standard and its application to the Company's residency agreements and costs related thereto.

- **Resident fee and management fee revenue**:
  - Excluding the impact of transactions and the new lease accounting standard, resident fee and management fee revenue increased 2.2% over the prior year quarter primarily due to a 2.8% increase in same community RevPOR, partially offset by an 80 basis point decrease in same community weighted average occupancy.
  - Third quarter 2019 consolidated RevPAR increased $136, or 3.4%, to $4,109 compared to the third quarter of the prior year as a result of an increase in consolidated RevPOR of $162, or 3.4%, to $4,880.
- **Facility operating expense**:
  - Excluding the impact of transactions and the new lease accounting standard, facility operating expense increased $42.1 million, or 7.5%, primarily due to an increase in:
    - Community labor expense attributable to wage rate increases and an increase in employee benefits expense.
    - Other facility operating expense attributable to investments in marketing and advertising, higher insurance premiums, and higher property remediation costs.
- **Net income (loss)**:
  - The increase in net loss was primarily attributable to the revenue and facility operating expense factors noted above, a $9.3 million decrease in net gain on sale of assets, and a $16.0 million decrease in benefit for income taxes.
  - General and administrative expense of $56.4 million for the third quarter of 2019 represents a $2.4 million, or 4.1%, decrease from the prior year quarter, primarily due to $3.0 million lower general and administrative expense excluding transaction and organizational restructuring costs and non-cash stock-based compensation expense, offset by a $0.7 million increase in transaction and organizational restructuring costs incurred in the current quarter.

*　　*　　*

<u>Same Community Senior Housing (IL, AL/MC, and CCRCs)</u>


Case 3:21-cv-00280 Document 1 Filed 04/06/21 Page 82 of 103 PageID #: 82

- **Resident fees**:
  - The year-over-year increase was primarily attributable to the increase in RevPAR, comprised of the increase in RevPOR partially offset by the 80 basis point decrease in same community weighted average occupancy. The increase in RevPOR was primarily the result of in-place rent increases compared to the prior year quarter.
  - Weighted average occupancy improved 70 basis points on a sequential basis, more than double the industry's increase. Both Independent Living and Assisted Living and Memory Care exceeded the industry's occupancy increase on a sequential basis.
- **Facility operating expense**:
  - The year-over-year increase was primarily due to a 6.8% increase in labor expense arising from wage rate increases and an increase in employee benefits expense.
  - Other operating expense increased 7.4% year-over-year mainly due to investments in marketing and advertising, higher insurance premiums, and higher property remediation costs.

* * *

**2019 OUTLOOK**

Based on results year-to-date, the Company reiterates its full year 2019 guidance:

| ($ in millions) | Full Year 2019 Guidance |
|---|---|
| Adjusted EBITDA | $400 - $425 |
| Adjusted Free Cash Flow | ($100) - ($80) |
| Non-development capital expenditures | Approx. $250 |
| The Company's proportionate share of Adjusted EBITDA of unconsolidated ventures | $30 - $40 |
| The Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures | $10 - $20 |

74. On November 5, 2019, the Individual Defendants caused Brookdale to file with the SEC its 3Q19 Quarterly Report on Form 10-Q for the period ended September 30, 2019, which stated:

As of September 30, 2019, we are the largest operator of senior living communities in the United States based on total capacity, with 794 communities in 45 states and the ability to serve approximately 75,000 residents. We offer our residents access to a full continuum of services across the most attractive sectors of the senior living industry. We operate and manage independent living, assisted living, memory care, and continuing care retirement communities ("CCRCs"). We also offer a range of

home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities.

Our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. With our range of community and service offerings, we believe that we are positioned to take advantage of favorable demographic trends over time. Our community and service offerings combine housing with hospitality and healthcare services. Our senior living communities offer residents a supportive home-like setting, assistance with activities of daily living such as eating, bathing, dressing, toileting, and transferring/walking and, in certain communities, licensed skilled nursing services. We also provide home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to age-in-place, which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.

**Community Portfolio**

As of September 30, 2019, we owned 336 communities (31,226 units), leased 335 communities (24,036 units), managed 17 communities (7,308 units) on behalf of unconsolidated ventures, and managed 106 communities (12,860 units) on behalf of third parties. During the next 12 months, we expect to close on the dispositions of six owned communities (1,087 units) classified as held for sale as of September 30, 2019, which resulted in $60.4 million being recorded as assets held for sale and $30.8 million of mortgage debt being included in the current portion of long-term debt within the condensed consolidated balance sheet with respect to such communities. This debt is expected to be repaid with the proceeds from the sales. We continue to market several other communities as part of our real estate strategy announced in 2018. During the next approximately 12 months we also anticipate terminations of certain of our management arrangements with the CCRC Venture and with third parties as we transition to new operators our interim management on formerly leased communities and our management on certain former unconsolidated ventures in which we sold our interest. Additionally, in the three months ended September 30, 2019, we provided notice of our intent to exercise the purchase option with respect to eight leased communities (336 units) and expect the purchase to close in the three months ending March 31, 2020. The closings of the various pending and expected transactions are, or will be subject to the satisfaction of various closing conditions, including (where applicable) the receipt of regulatory approvals. However, there can be no assurance that the transactions will close or, if they do, when the actual closings will occur.

*        *        *

**Results of Operations**

As of September 30, 2019 our total operations included 794 communities with a capacity to serve approximately 75,000 residents. As of that date we owned 336 communities (31,226 units), leased 335 communities (24,036 units), managed 17 communities (7,308 units) on behalf of unconsolidated ventures, and managed 106 communities (12,860 units) on behalf of third parties. The following discussion should be read in conjunction with our condensed consolidated financial statements and the related notes, which are included in Part I, Item 1 of this Quarterly Report on Form 10-Q. The results of operations for any particular period are not necessarily indicative of results for any future period. Transactions completed during the period of January 1, 2018 to September 30, 2019 significantly affect the comparability of our results of operations, and summaries of such transactions and their impact on our results of operations are above under "Completed Transactions and Impact of Dispositions on Results of Operations."

This section uses the operating measures defined below. Our adoption and application of the new lease accounting standard has impacted our results for the three and nine months ended September 30, 2019, and will impact our results for the remaining 2019 periods, due to our recognition of additional resident fee revenue and facility operating expense, which is non-cash and is non-recurring in future years. To aid in comparability between periods, presentations of our results on a same community basis and RevPAR and RevPOR exclude the impact of the lease accounting standard.

- Operating results and data presented on a ***same community basis*** reflect results and data of the same store communities (utilizing our methodology for determining same store communities which generally excludes assets held for sale, acquisitions and dispositions since the beginning of the prior year, and certain communities that have undergone or are undergoing expansion, redevelopment, and repositioning projects) and, for the 2019 period, exclude the additional resident fee revenue and facility operating expense recognized as a result of application of the new lease accounting standard under ASC 842.

- **RevPAR**, or average monthly senior housing resident fee revenue per available unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of the new lease accounting standard under ASC 842), divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period.

- **RevPOR**, or average monthly senior housing resident fee revenue per occupied unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of the new

> lease accounting standard under ASC 842), divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.

> This section includes the non-GAAP performance measure Adjusted EBITDA. See "Non-GAAP Financial Measures" below for our definition of the measure and other important information regarding such measure, including reconciliations to the most comparable GAAP measures. During the first quarter of 2019, we modified our definition of Adjusted EBITDA to exclude transaction and organizational restructuring costs, and amounts for all periods herein reflect application of the modified definition.

75. On November 5, 2019, Brookdale hosted a conference call for stockholders and analysts. In response to a question regarding wage pressures, defendant Baier stated, in relevant part, as follows:

> Now, turning to your first question, what are we doing to deal with the wage pressure, probably the first and most important thing is a true focus on controlling overtime and contract labor. Now, we have to get to the root cause of what drove this up and in 2019, and in Q3 in particular. One of the things that we've seen is it's the tightest labor market in the last 50 years. And so, making sure that we've got appropriate staff in our communities is the most important thing that we can do.

76. On February 18, 2020, the Individual Defendants caused Brookdale to issue an earnings release concerning its business, including its fourth quarter 2019 ("4Q19") financial results, which stated:

> **Brookdale Announces Fourth Quarter and Full Year 2019 Results**
>
> NASHVILLE, Tenn., Feb. 18, 2020 /PRNewswire/ -- Brookdale Senior Living Inc. (NYSE: BKD) ("Brookdale" or the "Company") announced results for the quarter and year ended December 31, 2019.
>
> * * *
>
> Lucinda ("Cindy") Baier, Brookdale's President and CEO, said, "I am pleased that we delivered financial results within or better than our 2019 guidance ranges. We are making great progress on the strategic plan we introduced in 2018. We achieved our goal of selling assets to generate $250 million of net proceeds. In addition, we recently completed significant transactions with Healthpeak to unlock the value of the unconsolidated CCRC venture. With another quarter of positive leading indicators and industry leading sequential occupancy growth, we are building

momentum and are well positioned to achieve our five-year financial goal and create long-term shareholder value."

## FULL YEAR RESULTS

The Company reported net loss of $268.5 million and net cash provided by operating activities of $216.4 million for the year ended December 31, 2019. The Company's full year 2019 results compared to the Company's 2019 guidance were:

| ($ in millions) | Full Year 2019 Guidance | Actual 2019 Results |
|---|---|---|
| Adjusted EBITDA[1] | $400 - $425 | $401 |
| Adjusted Free Cash Flow[1] | ($100) - ($80) | ($76) |
| Non-development capital expenditures | Approx. $250 | $236 |
| The Company's proportionate share of Adjusted EBITDA of unconsolidated ventures | $30 - $40 | $43 |
| The Company's proportionate share of Adjusted Free Cash Flow of unconsolidated ventures | $10 - $20 | $18 |

* * *

## SUMMARY OF FOURTH QUARTER RESULTS

*Same Community Senior Housing (Independent Living (IL), Assisted Living and Memory Care (AL/MC), and CCRCs).*

The table below presents a summary of same community operating results and metrics of the Company's consolidated senior housing portfolio and excludes the impact of transactions and the new lease accounting standard.[2]

| ($ in millions, except RevPAR and RevPOR) | | 4Q 2019 | | 4Q 2018 | Year-Over-Year Increase / (Decrease) | | | 3Q 2019 | Sequential Increase / (Decrease) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount | Percent | | | Amount | Percent |
| Resident fees | $ | 620.4 | $ | 607.8 | $ | 12.6 | 2.1% | $ 619.1 | $ | 1.3 | 0.2% |
| Facility operating expense | $ | 429.3 | $ | 413.9 | $ | 15.4 | 3.7% | $ 440.6 | $ | (11.3) | (2.6)% |
| RevPAR | $ | 4,151 | $ | 4,065 | $ | 86 | 2.1% | $ 4,143 | $ | 8 | 0.2% |
| Weighted average occupancy | | 85.0% | | 85.2% | | (20) bps | n/a | 84.7% | | 30bps | n/a |
| RevPOR | $ | 4,885 | $ | 4,768 | $ | 117 | 2.5% | $ 4,893 | $ | (8) | (0.2)% |

* * *

## 2020 OUTLOOK

For the full year 2020, the Company is providing the following guidance, including and excluding the $100.0 million management termination fee received from Healthpeak on January 31, 2020:

| ($ in millions) | Including $100.0M Management Termination Fee | Excluding $100.0M Management Termination Fee |
|---|---|---|
| Adjusted EBITDA | $510 - $540 | $410 - $440 |
| Adjusted Free Cash Flow | $70 - $90 | ($30) - ($10) |

77. On February 19, 2020, the Individual Defendants caused Brookdale to file with the SEC its 2019 Annual Report on Form 10-K for the period ended December 31, 2019, which stated:

> As of February 1, 2020, we are the largest operator of senior living communities in the United States based on total capacity, with 743 communities in 45 states and the ability to serve approximately 65,000 residents. We offer our residents access to a broad continuum of services across the most attractive sectors of the senior living industry. We operate and manage independent living, assisted living, memory care, and continuing care retirement communities ("CCRCs"). We also offer a range of home health, hospice, and outpatient therapy services to more than 20,000 patients as of that date.
>
> Our community and service offerings combine housing with hospitality and healthcare services. Our senior living communities offer residents a supportive home-like setting, assistance with ADLs such as eating, bathing, dressing, toileting, transferring/walking, and, in certain communities, licensed skilled nursing services. We also provide home health, hospice, and outpatient therapy services to residents of many of our communities and to seniors living outside of our communities. By providing residents with a range of service options as their needs change, we provide greater continuity of care, enabling seniors to age-in-place, which we believe enables them to maintain residency with us for a longer period of time. The ability of residents to age-in-place is also beneficial to our residents and their families who are concerned with care decisions for their elderly relatives.
>
> **Strategy**
>
> Our goal is to be the first choice in senior living by being the nation's most trusted and effective senior living provider and employer. We believe there are significant opportunities to deliver stockholder value as we execute on our strategy to achieve this goal. We continue to execute our core operational strategy that we initiated in early 2018, and we believe successful execution on that strategy provides the best opportunity for us to create stockholder value. We have supplemented our operational strategy with initiatives intended to complement and enhance our core operational efforts and to position us for future growth and success as we encounter changes and trends in demographics, technology, and healthcare delivery methods. Our refined strategy is focused on these priorities:
>
> - **Continued Operational Improvement and Simplification**. We are focused on our core senior living communities and intend to continue to

drive improvements in our senior living portfolio by winning locally. Through our "win locally" initiative, we intend to provide choices for high quality care and personalized service by caring associates while leveraging our industry-leading scale and experience. Such efforts include improvements to our sales and marketing process, prioritizing communities with the most opportunities for improvement, and ensuring that our communities are ready for new competition. We also continue to focus on attracting, engaging, developing, and retaining the best associates by maintaining a compelling value proposition in the areas of compensation, leadership, career development, and meaningful work. We believe engaged associates lead to an enhanced resident experience, lower turnover, and, ultimately, improved operations. To sharpen our focus on our core senior living operations, we are (and have been) executing on initiatives to reduce the complexity of our business and to ensure appropriate risk-reward tradeoffs in our highly regulated product lines. Such initiatives include exiting our entry fee CCRC business and continuing to optimize our management services business.

- **Senior Living Portfolio**. Since initiating our operational turnaround strategy in early 2018, we have continued our portfolio optimization initiative through which we have disposed of owned and leased communities and restructured leases. Such transactions have included restructuring our leases with our three largest landlords, sales of 36 owned communities, and dispositions of substantially all of our interests in unconsolidated ventures (including our equity interests in 14 entry fee CCRCs). As we emerge from our disposition phase, we intend to (i) increase our ownership percentage in our senior housing portfolio through acquiring leased or managed communities and exiting underperforming leases when possible, (ii) expand our footprint and services in core markets where we have, or can achieve, a clear leadership position, (iii) formalize and execute an ongoing capital recycling program, including opportunistically selling certain communities to invest in expansion of our existing communities and the acquisition or development of newer communities with lower capital expenditure needs, and (iv) pivot back to portfolio growth through targeted development, investment, and acquisition opportunities such as de novo development and selective acquisitions of senior living communities and operating companies. We will continue to invest in our development capital expenditures program through which we expand, renovate, reposition, and redevelop selected existing senior living communities where economically advantageous. For 2020, we expect to continue to pursue non-development capital expenditures at higher-than-typical amounts, but at significantly less than 2019 amounts. Beginning in 2021, we expect our annual community-level capital expenditures to be between $2,000 and $2,500 per weighted average unit.

- **Expansion of Healthcare and Service Platform**. Our vision is to enable those we serve to live well by offering the most integrated and highest-

quality healthcare and wellness platform in the senior living industry. We intend to pilot a more integrated healthcare service model in certain markets in 2020. We also intend to pursue initiatives designed to accelerate growth in our healthcare services business, primarily by growing our hospice and home health business lines, and to grow our private duty business. Such initiatives may include further acquisitions of hospice agencies or certificates of need in our geographic footprint, further expansion of our services to seniors living outside our communities, implementation of improvements to our sales and marketing efforts associated with our healthcare services business, and pursuit of additional or expanded relationships with managed care providers. We believe the successful execution of these initiatives will increase our revenues and improve the results of operations of our Health Care Services segment and that the overall implementation of our integrated healthcare strategy will benefit our core senior housing business by increasing move-ins, improving resident health and wellbeing, and increasing our average length of stay and occupancy.

- **Driving Innovation and Leveraging Technology**. We are engaged in a variety of innovation initiatives and over time plan to pilot and test new ideas, technologies, and operating models in order to enhance our residents' experience, improve outcomes, and increase average length of stay and occupancy. With our technology platform, we also expect to identify solutions to reduce complexity, increase productivity, lower costs, and increase our ability to partner with third parties.

* * *

**<u>Results of Operations</u>**

As of December 31, 2019, our total operations included 763 communities with a capacity to serve approximately 72,000 residents. As of that date we owned 330 communities (30,160 units), leased 333 communities (24,021 units), managed 17 communities (7,307 units) for which we have an equity interest, and managed 83 communities (10,779 units) on behalf of third parties. The following discussion should be read in conjunction with our consolidated financial statements and the related notes, which are included in "Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K. The results of operations for any particular period are not necessarily indicative of results for any future period. Transactions completed during the period of January 1, 2018 to December 31, 2019 significantly affect the comparability of our results of operations, and summaries of such transactions and their impact on our results of operations are discussed above in "Transaction Activity and Impact of Dispositions on Results of Operations."

This section uses the operating measures defined below. Our adoption and application of the new lease accounting standard has impacted our results for the

year ended December 31, 2019 due to our recognition of additional resident fee revenue and facility operating expense, which is non-cash and is non-recurring in future years. To aid in comparability between periods, presentations of our results on a same community basis and RevPAR and RevPOR exclude the impact of the lease accounting standard.

- Operating results and data presented on a **same community basis** reflect results and data of the same store communities (utilizing our methodology for determining same store communities which generally excludes assets held for sale, acquisitions, and dispositions since the beginning of the prior year, and certain communities that have undergone or are undergoing expansion, redevelopment, and repositioning projects) and, for the 2019 period, exclude the additional resident fee revenue and facility operating expense recognized as a result of application of ASC 842.

- **RevPAR**, or average monthly senior housing resident fee revenue per available unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of ASC 842), divided by the weighted average number of available units in the corresponding portfolio for the period, divided by the number of months in the period.

- **RevPOR**, or average monthly senior housing resident fee revenue per occupied unit, is defined as resident fee revenue for the corresponding portfolio for the period (excluding Health Care Services segment revenue and entrance fee amortization, and, for the 2019 period, the additional resident fee revenue recognized as a result of the application of ASC 842), divided by the weighted average number of occupied units in the corresponding portfolio for the period, divided by the number of months in the period.

78. The statements referenced in ¶¶46-77 were materially false and misleading because they failed to disclose material adverse facts about the Company's business, operational and compliance policies. Specifically, the Individual Defendants' statements about Brookdale's "high quality" and "quality" care were materially false and misleading when made, and omitted to disclose the material fact that Brookdale intentionally and systemically understaffed its facilities so that there were not enough caregivers to perform the services and care that was promised to residents or required to meet even the most basic needs. Brookdale's staffing was so deficient

that, in some instances, there was only one caregiver per 100 residents, or no caregiver at all. As a result of its understaffing, numerous instances of neglect and lack of care occurred, including that: (i) residents did not receive assistance after pushing a call light, sometimes waiting almost an entire day before receiving a response; (ii) residents were not checked on at night, resulting in some residents wandering out of a facility unnoticed; (iii) residents were unsupervised; (iv) residents who fell or were otherwise injured went hours or days before being found; (v) residents wandered outside the facility without anyone noticing; (vi) residents missed doctors' appointments; (vii) resident one-on-one care was reduced; (viii) residents did not receive the medications as prescribed; and, in some instances, (ix) resident deaths resulted. The severity of this lack of care is further evidenced by the countless number of citations and lawsuits that have been filed against Brookdale for violating local, state, and federal laws as a result of its understaffing and poor resident care. Thus, contrary to Individual Defendants' positive statements, Brookdale's level of care was far from "quality", much less "high quality."

79. Further, the Individual Defendants' statements were materially false and misleading when made, or omitted the material fact, that Brookdale was intentionally and systemically understaffing its facilities through the use of the SAS, which was programmed to, and did, provide an insufficient number of caregivers to perform the resident services and care that was promised. The inadequacy and undervaluing of labor hours needed per resident were well-known defects of SAS but when requests for additional staff were made, they would be denied. Thus, contrary to the Individual Defendants' statement, Brookdale was not using the SAS to ensure it got the right labor at each facility. Instead, the Individual Defendants were using the SAS to reduce staff thereby ensuring Brookdale did not have the right labor needs to match acuity in order to meet its forecasts.

80. Further still, the Individual Defendants' statements were materially false and misleading when made, or omitted the material fact that Brookdale was not adding or investing in staff at the community level. On the contrary, when Brookdale's employees requested that additional staff be hired due to inadequate staffing, those requests were consistently denied and the Company looked for ways to cut corners in order to avoid hiring additional people. The policy against hiring at the community level was so strong that if employees were even allowed to work overtime then they would have to answer to the higher ups.

81. In sum, Individual Defendants made false and/or misleading statements and/or failed to disclose that: (i) Brookdale's financial performance was sustained by, among other things, the Company's purposeful understaffing of its senior living communities; (ii) the foregoing conduct subjected Brookdale to an increased risk of litigation and, once revealed, was foreseeably likely to have a material negative impact on the Company's financial results and reputation; (iii) as a result, the Company's financial results were unsustainable; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

**THE TRUTH IS REVEALED**

82. On April 30, 2020, *Nashville Business Journal* reported that a proposed class action lawsuit had been filed against Brookdale in this Judicial District, which accused the Company of, among other things, purposeful "chronically insufficient staffing" at its facilities in an effort to meet financial benchmarks since at least April 24, 2016. *See Gunza* Action. According to the lawsuit, Brookdale misled residents and their families when it promised to provide basic care and daily living services. The lawsuit also claims that the proposed class of plaintiffs "have not received the care and services they paid for." The lawsuit asks for damages and for Brookdale to "stop the unlawful and fraudulent practices."

83. More specifically, the *Gunza* Action alleged, among other things, that:

> 36. BROOKDALE determines, limits, and controls the day-to-day staffing levels at its assisted living facilities from its corporate headquarters in Brentwood, Tennessee and, thus, determined, limited, and controlled the amount of care/service time available and provided to residents on a day-to-day basis at its facilities.
>
> 37. BROOKDALE uses a computer program it designed, developed and controls, the Service Alignment Software, to determine, limit, and control the amount of care/service time available and provided to residents on a day-to-day basis at its facilities. As described above, the Service Alignment Software determines the number of staffing hours on a per-day basis in each of its facilities that are purportedly required to deliver the collective care services to residents by quantifying the total daily counts of each type of care service and multiplying each total count by an assumed average amount of labor task time BROOKDALE claims is required for each respective service.
>
> 38. BROOKDALE's exercise of control and domination over the day-to-day staffing and budgeted hours at its facilities is further evidenced by the fact that it keeps its method and labor task time inputs for computing daily staffing levels secret from assisted living facility level employees. BROOKDALE does not even allow its executive directors at each facility to know its method and labor time inputs used to compute daily staffing levels or to access the Service Alignment Software algorithms or source code. Furthermore, executive directors and facility level staff cannot modify the corporate-determined staffing levels without express permission from several layers of BROOKDALE corporate management. Any such request for permission to modify or customize must be documented.
>
> 39. Only the highest corporate officers at BROOKDALE have access to or authority to modify the logic, algorithms, source code, task counts, and task times used in its Service Alignment Software.
>
> 40. As a result, BROOKDALE has systematically short-staffed its assisted living facilities on a day-to-day basis, employing a fundamentally flawed and automated process, purposefully created and mandated to achieve budget objectives and to satisfy predetermined financial performance thresholds rather than meeting residents' needs by, among other things, embedding flawed assumptions into its staffing software to underestimate required staffing levels.

84. On this news, the trading price of Brookdale common stock plunged $0.56 per share to $3.12 per share, or 15.2%, on May 1, 2020, wiping out more than $102.6 million in once valuable stockholders equity.

## DAMAGES TO THE COMPANY

85. As a result of the Individual Defendants' fiduciary failures, Brookdale has suffered, and will continue to suffer, substantial damages, injuries and losses. For example, the Company has been named as a primary defendant in a costly and expensive-to-defend class action lawsuits concerning the inadequate service offered to residents and a lawsuit for violations of the federal securities laws pending before the U.S. District Court for the Middle District of Tennessee. *See* Securities Class Action, *Posey v. Brookdale Senior Living Inc., et al.*, No. 3:20-cv-00543 (M.D. Tenn.).

## DERIVATIVE ALLEGATIONS

86. Plaintiff brings this action for the benefit of Brookdale to redress injuries suffered, and to be suffered, by Brookdale due to the Individual Defendants' violations of law, as well as the aiding and abetting thereof. Plaintiff will adequately and fairly represent the interests of Brookdale in enforcing and prosecuting these derivative claims. Brookdale is named as a nominal defendant only in this action.

87. At the time this action was commenced, the Board consisted of the following nine directors: Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky, and non-defendant Jordon R. Asher. Plaintiff has not made a demand on the present Board to institute this action because such a demand would be a futile for several reasons.

88. First, Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky served on the Board during and throughout the course of the misconduct described herein. The staffing levels at the Company's facilities were a mission critical aspect of Brookdale's business that they are charged with knowing and understanding. In addition, Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren,

and Wielansky either knew of the many citations issued against Brookdale due to inadequate staffing or were reckless in not knowing about these. Further, the numerous class actions over the inadequate care at Brookdale's facilities served to warn Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky about the wrongdoing. Nevertheless, they allowed inadequate staffing to continue. In addition, they authored or caused the false and/or misleading statements and material omissions to be made about the quality of care delivered by the Company to senior living residents at its numerous facilities located across the United States, and, in turn, the Company's prospects for current and future growth in revenues, net income and earnings. Director Defendants' acts and/or omissions are not legally protected business decisions, and their misconduct can in no way be considered a valid exercise of business judgment.

89. Second, defendants Bromley, Warren and Wielansky served as members of the Audit Committee. The Company's Audit Committee Charter states that the members of the Audit Committee were and are responsible for, among other things, reviewing the Company's annual and quarterly financial reports, reviewing the integrity of the Company's internal controls, and ensuring that the Company is in compliance with applicable laws and regulations. Defendants Bromley, Warren, and Wielansky, as members of the Audit Committee, among other things, caused and/or permitted the Company to operate without adequate staffing and to make materially false and misleading statements about the quality of care delivered by the Company to senior living residents at its numerous facilities located across the United States, and, in turn, the Company's prospects for current and future growth in revenues, net income and earnings. These actions caused defendants Bromley, Warren, and Wielansky to breach their fiduciary duties and now subject each of them to a substantial likelihood of liability.

90. Third, Brookdale has been and will continue to be exposed to significant losses due to the wrongdoing complained of herein, yet Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky have not filed any lawsuits against themselves or others who were responsible for that wrongful conduct to attempt to recover for Brookdale any part of the damages Brookdale suffered and will continue to suffer. Thus, any demand upon these defendants would be futile.

91. Fourth, the alleged misconduct of Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky was not the product of legitimate business judgment, as it was based on bad faith and intentional, reckless, or disloyal misconduct. Thus, Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky cannot claim exculpation from their violations of duty pursuant to the Company's charter. Director Defendants Sansone, Baier, Bromley, Bumstead, Freed, Johnson-Mills, Warren, and Wielansky, and each of them, face a substantial likelihood of liability, they are self-interested in the transactions challenged herein, and cannot be presumed to be capable of exercising independent and disinterested judgment about whether to pursue this action on behalf of the stockholders of the Company. Accordingly, demand on the Board is excused as futile.

92. Plaintiff has not made any demand on Brookdale stockholders to institute this action since such demand would be a futile and useless act for several reasons. First, Brookdale is a publicly traded company with approximately 183.4 million shares of stock outstanding, held by thousands of individuals and entities spread throughout the country. Second, making demand on such a number of stockholders spread throughout the country would be impossible for plaintiff who has no way of finding out the names, addresses, or phone numbers of such stockholders. And

third, making demand on all stockholders would force plaintiff to incur significant expenses, assuming all stockholders could be individually identified.

## COUNT I

### Against the Individual Defendants for Breach of Fiduciary Duty

93. Plaintiff incorporates ¶¶1-92.

94. As Brookdale's directors and top officers, the Individual Defendants owed Brookdale fiduciary duties of candor, good faith and loyalty. Nevertheless, while under the stewardship of the Individual Defendants, Brookdale issued materially false and misleading statements and made material omissions about the quality of care delivered by the Company to senior living residents at its numerous facilities located across the United States. These statements lacked a reasonable factual basis when issued.

95. As a result of the Individual Defendants' fiduciary failures, Brookdale has been damaged. Plaintiff, on behalf of Brookdale, has no adequate remedy at law.

## COUNT II

### Against the Individual Defendants for Waste of Corporate Assets

96. Plaintiff incorporates ¶¶1-92.

97. By their wrongful acts and omissions, the Individual Defendants wasted Brookdale's valuable corporate assets by, among other things, causing the Company to pay improper compensation, including cash, fees, stock awards and other compensation, to themselves and other Brookdale insiders who breached their fiduciary duties of loyalty, candor and good faith owed to Brookdale. Brookdale received no benefit from these improper payments. As a result, the Individual Defendants damaged Brookdale and are liable to the Company for corporate waste.

98. Plaintiff, on behalf of Brookdale, has no adequate remedy at law.

## COUNT III

### Against the Individual Defendants for Unjust Enrichment

99. Plaintiff incorporates ¶¶1-92.

100. By their wrongful acts and omissions, the Individual Defendants were unjustly enriched at the expense and to the detriment of Brookdale.

101. All the payments and benefits provided to the Individual Defendants were at the expense of Brookdale. The Company received no benefit from these payments.

102. Plaintiff, on behalf of Brookdale, seeks restitution from the Individual Defendants, and each of them, and seek an order of this Court disgorging all profits, benefits and other compensation obtained by the Individual Defendants, and each of them, from their wrongful conduct and fiduciary breaches.

103. Plaintiff, on behalf of Brookdale, has no adequate remedy at law.

## COUNT IV

### Against the Individual Defendants for Contribution Under §21D of the Exchange Act

104. Plaintiff incorporates ¶¶1-92.

105. This claim is brought derivatively on behalf of Brookdale for contribution against the Individual Defendants under the federal securities laws.

106. Brookdale is named as a defendant in the Securities Class Action, which asserts claims against the Company violation of §10(b) of the Exchange Act. As officers and directors of Brookdale, Individual Defendants had the power and/or ability to control or influence the Company's conduct that violated §10(b) of the Exchange Act and SEC Rule 10b-5.

107. Brookdale is entitled to contribution from the Individual Defendants in connection with all such claims that have been, are, or may be asserted against Brookdale in of the Securities Class Action. Therefore, plaintiff, on behalf of Brookdale, seeks contribution from the Individual

Defendants, under §21D of the Exchange Act, 15 U.S.C. §78u-4, which governs the application of any private right of action for contribution asserted pursuant to the Exchange Act.

## COUNT V

### Against the Individual Defendants for Contribution and Indemnification

108. Plaintiff incorporates ¶¶1-92.

109. This claim is brought derivatively on behalf of Brookdale for contribution and indemnification against the Individual Defendants under state law.

110. Brookdale is named as a defendant in the Securities Class Action, which asserts claims against the Company for violation of §10(b) of the Exchange Act. As officers of Brookdale, the Individual Defendants had the power and/or ability to control or influence the Company's conduct at issue in the Securities Class Action. Likewise, the Individual Defendants had the power and/or ability to control or influence the unlawful scheme that exposed Brookdale to tens of millions of dollars in damages arising from Securities Class Action.

111. Brookdale is entitled to contribution and indemnification from the Individual Defendants in connection with all such claims that have been, are, or may be asserted against Brookdale in of the Securities Class Action. Brookdale is also entitled to contribution and indemnification from the Individual Defendants in connection with all such claims that have been, are, or may be asserted against Brookdale by virtue of the bribery scheme in India. Therefore, plaintiff, on behalf of Brookdale, seeks contribution and indemnification from the Individual Defendants for damages suffered by Brookdale as a result of their misconduct.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, on behalf of Brookdale, demands judgment as follows:

A. Against all of the defendants, individually and severally, and in favor of the Company for the damages sustained by the Company as a result of the defendants' breaches of fiduciary duty, corporate waste, unjust enrichment and related misconduct;

B. Directing Brookdale to take all necessary actions to reform and improve its corporate governance and internal procedures to comply with applicable laws and to protect Brookdale and its stockholders from a repetition of the damaging events described herein;

C. Extraordinary equitable and/or injunctive relief as permitted by law, equity and the state statutory provisions sued hereunder, including attaching, impounding and imposing a constructive trust on or otherwise restricting the proceeds of defendants' trading activities or their other assets so as to assure that plaintiffs on behalf of Brookdale have an effective remedy;

D. Awarding to Brookdale restitution from defendants, and each of them, including ordering disgorgement of all profits, benefits and other compensation obtained by defendants;

E. Awarding plaintiff the cost and disbursement of the action, including reasonable attorneys' fees, accountants' and experts' fees, costs and expenses; and

F. Granting such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands jury trial.

DATED: April 6, 2021

JOHN SPRAGENS

John Spragens, TN BPR No. 31445
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

Brian J. Robbins*
Stephen J. Oddo*
Eric M. Carrino*
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

*Attorneys for Plaintiff*

**pro hac vice to be filed*

# VERIFICATION

I, Cynthia McMahon, hereby declare as follows:

I am the plaintiff in this action. I have read the verified stockholder derivative complaint. Based upon discussions with and reliance upon my counsel, and as to those facts of which I have personal knowledge, the complaint is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated: 3/22/2021

DocuSigned by:
Cynthia McMahon
B608D284C8CD437...

CYNTHIA MCMAHON